VINH D. NGUYEN, In Pro Per
1314 Lincoln Ave, Suite 2E
San Jose, CA 95125
Telephone: (408) 828-8078
Email: vincen1947@yahoo.com

Debtor In Pro Per



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re VINH NGUYEN,

                Debtor,

Case No.: 22-50907

CHAPTER 13

<u>MOTION FOR EXAMINATION
UNDER FRBP 2004
OF CREDITOR PAUL NGUYEN</u>

HON. M. Elaine Hammond

The application of the Motion for Examination under FRBP 2004 respectfully represents:

1. Applicant VINH NGUYEN (hereinafter "Applicant") filed Chapter 13 bankruptcy on October 4, 2022.

2. Prior to the commencement of the bankruptcy, a dispute arose regarding Applicant and Mr. Paul Kim Phong Nguyen aka Paul Nguyen (hereinafter "Creditor Paul"). The dispute related to a $215,000 promissory note ("Note") that Creditor Paul claimed he loaned to Applicant on behalf of his and his wife's trust called Nguyen-Ha Living Trust Dated 12/10/04 in 2011.

3. Pursuant to and to the extent allowed by Bankruptcy Rule 2004, Applicant seeks authority to issue the required discovery and conduct an examination of Creditor Paul

1
MOTION FOR EXAMINATION UNDER FRBP 2004 OF PAUL NGUYEN

regarding the above-mentioned Note. Applicant further seeks authority to issue the required discovery and conduct an examination of documents regarding the said Note.

4. Based on the matters described, an order authorizing the discovery is proper under Bankruptcy Rule 2004 because such discovery related to the acts, conduct, and dealings of Creditor Paul, affects the administration of the Debtor's estate, and relates to the Debtor's right to a discharge. Such an order would permit Applicant to obtain additional information and documentation from Creditor Paul Nguyen regarding the matters described.

WHEREFORE, the Applicant requests that the court issue its order for the examination of Mr. Paul Nguyen on **October 12, 2022, at 1:00 pm using Zoom procedure**.

Dated: October 5, 2022

/s/ Vinh Nguyen
VINH D. NGUYEN,
Debtor In Pro Per