ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re:
VINH NGUYEN,

Debtor.

Case No. 22-50907 MEH

Chapter 13

**PROOF OF SERVICE**

**Judge: Hon. M. Elaine Hammond**

I am at least 18 years of age and NOT a party to the within action; my business address is 1625 The Alameda, Suite 525, San Jose, CA 95126. On November 16, 2022, I served the interested parties with the documents described as follows:

1. **AMENDED SCHEDULE E.**

**BY USPS FIRST CLASS MAIL**: By placing a true copy thereof enclosed in a sealed envelope with prepaid postage addressed as follows:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Case: 22-50907 Doc# 81-1 Filed: 11/16/22 Entered: 11/16/22 07:06:32 Page 1 of 2

The envelope was deposited in the United States Post Office. I deposited such envelope at San Jose, California.

**BY NOTICE OF ELECTRONIC FILING**: I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: **All CM/ECF registered participants.**

I declare under penalty of perjury that the above statements are true and accurate.

Executed: November 16, 2022, in San Jose, California.

*/s/ Arasto Farsad*
Arasto Farsad



Case: 22-50907 Doc# 81-1 Filed: 11/16/22 Entered: 11/16/22 07:06:32 Page 2 of 2