Entered on Docket
December 15, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: December 15, 2022

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

VINH NGUYEN,

　　　　　　　Debtor.

Case No. 22-50907 MEH

Chapter 7

### ORDER DENYING REQUEST TO SHORTEN TIME

On December 13, 2022, creditor Paul Nguyen ("Creditor Nguyen") filed an ex parte request for order shortening time (Dkt. #128) for hearing on his Motion for Relief from Automatic Stay with Respect to Rents (Dkt. #127). The request for shortened time is denied based on:

Creditor Nguyen's failure to file the declaration required by BLR 9006-1(c) stating:

(1) The reason for the particular enlargement or shortening of time requested;

(2) Previous time modifications related to the subject of the request, whether by stipulation or Court order;

(3) The effect of the requested time modification on the schedule for the case or proceeding; and

(4) Where the request is not made by stipulation, the efforts made to speak with the respondent and, if the movant has spoken with the respondent, the reasons given for any refusal to agree to the request.

Creditor Nguyen has not fully complied with the requirements.

The Chapter 7 Trustee and Creditor Nguyen would benefit from addressing the stay issue on the standard briefing schedule set forth in Bankruptcy Local Rule 4001-1.

Upon consideration of the pleadings and based on the foregoing, it is

ORDERED that Creditor Nguyen's request for order shortening time is denied.

**END OF ORDER**

Case: 22-50907    Doc# 131    Filed: 12/15/22    Entered: 12/15/22 15:16:12    Page 2 of 3

**COURT SERVICE LIST**

Vinh Nguyen

15520 Quito Road

Monte Sereno, CA 95030


Paul Nguyen

9353 Bolsa Ave #F8

Westminster, CA 92683


All ECF Recipients