**PAUL NGUYEN**
9353 Bolsa Ave #F8
Westminster, CA 92683
Telephone: (657) 254-7579
Email: p2011nguyen@gmail.com

*Secured Creditor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In Re:

VINH NGUYEN;

Debtor.

Case No.: 22-50907 (MEH)

Hon. M. Elaine Hammond

Chapter 13

***AMENDED***
NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY WITH RESPECT TO RENTS AND AS TO REAL PROPERTY 12329 KOSICH PL.

Date: January 12, 2023
Time: 2:30 p.m.
Place: Courtroom 11
280 South First St.
SAN JOSE, CA 95113

**TO ALL CREDITORS AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a hearing on secured creditor Paul Nguyen ("Movant" or "Creditor") Motion for relief from automatic stay to confirm that there is no stay as to the rent generated by the collateral/property known as 12329 Kosich Place, Saratoga, CA 95070 ("Property"); or in the alternative, if there is a stay, Movant requests an order terminating the automatic stay as to the moving party to collect the rent generated by the Property.

**PLEASE TAKE FURTHER NOTICE** that following the Court's order of conversion to

Chapter 7 on December 9, 2022, Movant moves for a hearing on Motion for relief from automatic stay as to the Property under sections 362(d)(1), 362(d)(2) and 362(d)(4) to proceed with the pending foreclosure of the Property.

The Motion will be heard on January 12, 2023 at 2:30 p.m. at the United States Bankruptcy Court, 280 South First Street, San Jose, California, in Courtroom 11. Counsel, parties, and other interested parties may attend the hearing in person or by Zoom. Additional information is available on Judge Hammond's Procedures page on the court's website. Information on attending the hearing by Zoom will be provided on Judge Hammond's calendar, posted no later than seven (7) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that further information can be found in the Motion, the declarations of Paul Nguyen in support of the Motion, and the request for judicial notice in support of the Motion, all of which have been served herewith.

Dated: December 19, 2022

Respectfully Submitted;

By: PAUL NGUYEN
Movant, Creditor