

KOKJER, PIEROTTI, MAIOCCO & DUCK LLP
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Accountants for Trustee,
FRED HJELMESET

The following constitutes the order of the Court.
Signed: January 12, 2023

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re  VINH NGUYEN aka<br>         VINCE NGUYEN<br><br>                    Debtor.<br>_____ | Case No. 22-50907 MEH<br>Chapter 7<br><br>[Hearing Not Required] |

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

**Kokjer, Pierotti, Maiocco & Duck LLP,
Certified Public Accountants**

Upon the Application of Fred Hjelmeset, Trustee in Bankruptcy, and it appearing that Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, are well-qualified to perform accounting services required by the Trustee in this Chapter 7 case, that employment of proposed accountants will be in the best interest of the estate, that proposed accountants represent no interest adverse to the estate, and that notice and a hearing are not necessary in connection with the Application; it is

ORDERED that the Trustee be, and hereby is, authorized to employ Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, as his accountant herein to prepare and file tax returns; to prepare tax projections and tax analysis, if necessary; to analyze tax claims filed in the case; to analyze the tax impact of potential transactions; to analyze as to avoidance issues, if necessary; to testify as to avoidance issues, if necessary; to prepare a solvency analysis, if necessary; to prepare wage

1

claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate at a fee subject to court approval. The Court's Guidelines for Compensation and Reimbursement will apply.

   IT IS FURTHER ORDERED that Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants and professionally licensed principals and employees of the firm be empowered to act, for and on behalf of the trustee and/or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate.

**END OF ORDER**

COURT SERVICE LIST

ECF Registered Participants