# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>VINH NGUYEN AKA VINCE NGUYEN | CASE NO: 22-50907 MEH<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 152<br>Judge: Hon. M. Elaine Hammond |

On 1/13/2023, I did cause a copy of the following documents, described below,

Notice and Opportunity for Hearing on Motion for Authority to Enter Into Agreement Concerning Interest in Real Property Subject to Overbid, and for Approval of Debtor's Settlement and Global Release With Paul Nguyen ECF Docket Reference No. 152

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/13/2023

/s/ Gregg S. Kleiner
Gregg S. Kleiner  141311

Rincon Law LLP
268 Bush Street, Suite 3335
San Francisco, CA  94104
415 996 8180
aworthing@rinconlawllp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>VINH NGUYEN AKA VINCE NGUYEN | CASE NO: 22-50907 MEH<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 152<br>Judge: Hon. M. Elaine Hammond |

On 1/13/2023, a copy of the following documents, described below,

Notice and Opportunity for Hearing on Motion for Authority to Enter Into Agreement Concerning Interest in Real Property Subject to Overbid, and for Approval of Debtor's Settlement and Global Release With Paul Nguyen ECF Docket Reference No. 152

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/13/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gregg S. Kleiner
Rincon Law LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING        FIRST CENTURY PLAZA  LLC              KOKJER  PIEROTTI  MAIOCCO  DUCK LLP
NCRS ADDRESS DOWNLOAD                   ATTN ANDREW C MCCULLOUGH              333 PINE STREET  5TH FLOOR
CASE 22-50907 MEH                       150 PELICAN WAY                       SAN FRANCISCO  CA 94104-3319
NORTHERN DISTRICT OF CALIFORNIA         SAN RAFAEL  CA 94901-5550
FRI JAN 13 11-29-11 PST 2023


EXCLUDE
US BANKRUPTCY COURT                     BANK OF NEW YORK MELLON AS TRUSTEE FOR   CEFCU
280 SOUTH FIRST STREET                  FKA AMERICAS WHOLESALE LENDER            PO BOX 247001
ROOM 3035                               450 E BOUNDARY ST                        OMAHA  NE 68124-7001
SAN JOSE  CA 95113-3099                 CHAPIN  SC 29036-9417



(P)JPMORGAN CHASE BANK  N A             CITIBANK  NA                          EMPIRE INVESTMENTS  LLC
BANKRUPTCY MAIL INTAKE TEAM             5800 S CORPORATE PL                   1314 LINCOLN AVENUE  STE 2E
700 KANSAS LANE FLOOR 01                SIOUX FALLS  SD  57108-5027           SAN JOSE  CA 95125-3012
MONROE LA 71203-4774



FRANCHISE TAX BOARD                     FIRST CENTURY PLAZA                   FIRST CENTURY PLAZA  LLC
BANKRUPTCY SECTION MS A340              CO JEREMY SUGARMAN  ESQ               90 NEW MONTGOMERY STREET  9TH FLOOR
PO BOX 2952                             1901 HARRISON ST  13TH FLOOR          SAN FRANCISCO  CA 94105-3468
SACRAMENTO CA 95812-2952                OAKLAND  CA 94612-3574



FRANCHISE TAX BOARD                     HOME DEPOT                            INTERNAL REVENUE SERVICE
PERSONAL BANKRUPTCY MS A340             2455 PACES FERRY ROAD SE              CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 2952                             ROSEVILLE  CA 95678                   PO BOX 7346
SACRAMENTO  CA 95812-2952                                                     PHILADELPHIA  PA 19101-7346



JPMORGAN CHASE BANK  NA                 JOSEF SZIGETI                         JULIE CLIFF
SBMT CHASE BANK USA  NA                 DOUGLAS ELLIMAN REAL ESTAET           CO RICHARD ABDALAH  ESQ
CO NATIONAL BANKRUPTCY SERVICES  LLC    12 CORPORATE PLAZA  STE 250           300 HARDING BLVD  SUITE 203 H
PO BOX 9013                             NEWPORT BEACH  CA 92660-7921          ROSEVILLE  CA 95678-2474
ADDISON  TEXAS 75001-9013



OFFICE OF THE US TRUSTEE  SJ            PARKER FORECLOSURE SERVICES           PAUL NGUYEN
US FEDERAL BLDG                         65 N DOS CAMINOS AVE                  9353 BOLSA AVE F8
280 S 1ST ST 268                        VENTURA  CA 93003-2924                WESTMINSTER  CA 92683-5951
SAN JOSE  CA 95113-3004



PERSONAL BANKRUPTCY                     ARASTO FARSAD                         FRED HJELMESET
FRANCHISE TAX BOARD                     FARSAD LAW OFFICE  PC                 POBOX 4188
PERSONAL BANKRUPTCY MS A340             1625 THE ALAMEDA  SUITE 525           MOUNTAIN VIEW  CA 94040-0188
PO BOX 2952                             SAN JOSE  CA 95126-2224
SACRAMENTO  CA 95812-2952



EXCLUDE
(U)PAUL NGUYEN                          RICHARD L PIEROTTI                    TERI H NGUYEN
                                        KOKJER  PIEROTTI  MAIOCCO AND DUCK    15520 QUITO ROAD
                                        333 PINE ST 5TH FL                    MONTE SERENO  CA 95030-3127
                                        SAN FRANCISCO  CA 94104-3319
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


VINH NGUYEN
15520 QUITO ROAD
MONTE SERENO  CA 95030-3127