Richard K. Abdalah, Esq. (SBN 60380)
ABDALAH LAW OFFICES
A Professional Law Corporation
3031 Stanford Ranch Rd., Ste. 2-210
Rocklin, CA 95765
Tel: (408) 480-3239
Email: *rabdalah@abdalahlaw.com*

Attorney for Creditor Julie Cliff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO. 22-50907 MEH |
| VINH DUC NGUYEN, aka VINCE NGUYEN, | **DECLARATION OF RICHARD K. ABDALAH IN SUPPORT OF OPPOSITION TO MOTION FOR AUTHORITY TO ENTER INTO AGREEMENT CONCERNING INTEREST IN REAL PROPERTY SUBJECT TO OVERBID, AND FOR APPROVAL OF DEBTOR'S SETTLEMENT AND GLOBAL RELEASE WITH PAUL NGUYEN; REQUEST FOR HEARING** |
| Debtor. | |

I, Richard K. Abdalah, declare:

Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

ABDALAH LAW OFFICES
A PROFESSIONAL LAW CORPORATION
3031 Stanford Ranch Rd., Ste. 2-210
Roseville, CA 95678
TELEPHONE: (408) 480-3239

ABDALAH LAW OFFICES
A PROFESSIONAL LAW CORPORATION
3031 Stanford Ranch Rd., Ste. 2-210
Roseville, CA 95678
TELEPHONE: (408) 480-3239

1.    I am the attorney of record for Creditor Julie Cliff in the above entitled action.

2.    Empire Investments, LLC, is a limited liability company organized and existing under the laws of the State of Wyoming, and registered to do business in the State of California. Empire Investments, LLC, is a shell limited liability company under the sole control of Vinh Nguyen and his wife, Teri Nguyen, and it has no other business dealings other than the purported ownership of the subject residential real property. Justin Nguyen, the purported manager of Empire Investments, LLC, is Debtor's son. The address and telephone number provided for Justin Nguyen is actually the address and personal cellular telephone number of Debtor. (Doc. No. 29, at 53; Doc. No. 42-3, at 3.) [1]

3.    The subject residential property was originally owned by Vinh D. Nguyen and Teri H. Nguyen, Trustees of the Nguyen-Ha Living Trust, dated December 10, 2004. The property of the trust was under the sole control of Vinh Nguyen and Teri Nguyen.

---

[1] We must add that Debtor has provided the court with an incorrect home address. Debtor does not reside at 15520 Quito Road, Saratoga, California. (Doc. No. 1.) He actually resides at 1255 Blewett Avenue, San Jose, California. (Ex. D to Decl. of R. Abdalah.)

ABDALAH LAW OFFICES
A PROFESSIONAL LAW CORPORATION
3031 Stanford Ranch Rd., Ste. 2-210
Roseville, CA 95678
TELEPHONE: (408) 480-3239

4. On August 26, 2011, Vinh Nguyen and Teri Nguyen recorded a Grant Deed transferring the residential real property from the trust which he owns and controls to Empire Investments, LLC, which he also owns and controls. (Doc. No. 29, at 50; see also Case No. 22-50645, Doc. No. 76, at 2.) Empire Investments, LLC, uses the same office address as Debtor, 1314 Lincoln Ave., Ste. 2E, San Jose, California. (Doc. No. 1.) Debtor Vinh Nguyen is designed as the agent for service of process of Empire Investments, LLC. (Ex. A.) Debtor signs legal documents on behalf of Empire (Ex. B to Decl. of R. Abdalah.) He also brings claims pertaining to the residential real property himself, purportedly as attorney for his own business entity. (Empire Investments, LLC, v. Paul Nguyen, Santa Clara Cty. Sup. Ct. No. 21CV379828, 22CV398824, and Empire Investments, Inc. v. Art Mar, Santa Clara Cty. Sup. Ct. No. 20CV375104.)

5. The books, records and financial statements of Empire Investments, LLC, are held by Debtor Vinh Nguyen. (Case No. 22-50645, Doc. No. 59 at 14.) Teri Nguyen, Debtor's spouse, is represented to be the sole manager of Empire Investments, LLC. (Id.) There are no other investors or owners.

ABDALAH LAW OFFICES
A PROFESSIONAL LAW CORPORATION
3031 Stanford Ranch Rd., Ste. 2-210
Roseville, CA 95678
TELEPHONE: (408) 480-3239

6.    Debtor Vinh Nguyen also paid the attorney's fees for Empire Investment, LLC's Chapter 11 bankruptcy filing. (Case No. 22-50645, Doc. No. 59 at 11.) The attorney's fees were paid by Catina Investment, LLC, another shell company, organized in another state, under the sole ownership and control of Debtor Vinh Nguyen. (Id., and Ex. C to Decl. of R. Abdalah.) Basically, Debtor Vinh Nguyen uses Empire Investments, LLC, "as a mere conduit" for his own affairs.

I declare under penalty of perjury pursuant to the laws of the State of California that the matters stated herein are true and correct, and that this declaration was executed in Rocklin, California, on February 3, 2023.

s/Richard K. Abdalah
Richard K. Abdalah, Esq.

# 201529410414

| LLC-5 | **Application to Register a Foreign Limited Liability Company (LLC)** |
|---|---|

To register in California an LLC from another state, country or other place, fill out this form, and submit for filing along with:
- A **$70 filing fee**, and
- A certificate of good standing, issued within the last six (6) months by the agency where the LLC was formed.
- A separate, non-refundable **$15 service fee** also must be included, if you **drop off** the completed form.

**Important!** LLCs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Registered LLCs cannot provide in California "professional services," as defined by California Corporations Code sections 13401(a) and 13401.3.

**FILED**
Secretary of State
State of California

**OCT 19 2015**

IPC    This Space For Office Use Only

**For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm**

## LLC Name to be used for this LLC in California

① a. _____EMPIRE INVESTMENTS, LLC_____
LLC Name     List the LLC name you use now (exactly as listed on your certificate of good standing)

b. _____EMPIRE INVESTMENTS TEAM, LLC_____
Alternate Name     **If the LLC name in Item 1a does not comply with California Corporations Code section 17701.08; list an alternate name to be used in California exactly as it is to appear on the records of the California Secretary of State.** The alternate name **must** include: LLC, L.L.C., Limited Liability Company, Limited Liability Co., Ltd. Liability Co. or Ltd. Liability Company; and **may not** include: bank, trust, trustee, incorporated, inc., corporation, or corp., insurer, or insurance company. For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

## LLC History

② a. Date your LLC was formed (MM, DD, YYYY): _____05 / 23 / 11_____

b. State, country or other place where your LLC was formed: _____Wyoming_____

c. Your LLC currently has powers and privileges to conduct business in the state, country or other place listed above.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may **not** list an LLC as the agent. **Do not** list an address if the agent is a California registered corporate agent as the agent's address for service of process is already on file.)

③ a. _____VINH NGUYEN_____
Agent's Name

b. _____1361 S. Winchester Blvd. Ste 111    San Jose___ CA __95128__
Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box    City (no abbreviations)    State    Zip

If the agent listed above has resigned or cannot be found or served after reasonable attempts, the California Secretary of State will be appointed the agent for service of process for your LLC.

## LLC Addresses

④ a. _____12329 Kosich Place, Saratoga_____ CA __95070__
Street Address of Principal Executive Office - Do not list a P.O. Box    City (no abbreviations)    State    Zip

b. _____12329 Kosich Place, Saratoga_____ CA __95070__
Street Address of Principal Office in California, if any - Do not list a P.O. Box    City (no abbreviations)    State    Zip

c. _____
Mailing Address of Principal Executive Office, if different than 4a or 4b    City (no abbreviations)    State    Zip

## Read and sign below:

I am authorized to sign this document under the laws of the state, country or other place where this LLC was formed.

▶ Sign here _____     _____JUSTIN V. NGUYEN_____     _____Member_____
                                Print your name here                  Your business title

| Make check/money order payable to: Secretary of State. | By Mail | Drop-Off |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944228<br>Sacramento, CA 94244-2280 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code §§ 17701.04, 17701.08, 17708.02, Revenue and Taxation Code § 17941
LLC-5 (REV 01/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

| **Secretary of State** **Statement of Information** (Limited Liability Company) | LLC-12 | FILED |
|---|---|---|

In the office of the Secretary of State
of the State of California

**MAY 23, 2018**

This Space For Office Use Only

**IMPORTANT** – Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

EMPIRE INVESTMENTS TEAM, LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201529410414 | WYOMING |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1302 Lincoln Ave., Suite 204 | San Jose | CA | 95125 |
| b. Mailing Address of LLC, **if different than Item 4a**<br>1302 Lincoln Ave., Suite 204 | San Jose | CA | 95125 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1302 Lincoln Ave., Suite 204 | San Jose | CA | 95125 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Justin | Vu | Nguyen | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1302 Lincoln Ave., Suite 204 | San Jose | CA | 95125 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Vince | | Nguyen | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1302 Lincoln Ave., Suite 204 | San Jose | CA | 95125 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| INVESTMENT IN REAL ESTATE |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 05/23/2018 | Vince Nguyen | ATTORNEY | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐          ⌐

Company:

Address:

City/State/Zip: ⌊          ⌋

# Secretary of State
# Statement of Information
(Limited Liability Company)

LLC-12

**FILED**

In the office of the Secretary of State of the State of California

NOV 07, 2021

**This Space For Office Use Only**

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees —** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

EMPIRE INVESTMENTS TEAM, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201529410414 | WYOMING |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box <br> 1314 Lincoln Ave, Ste 2E | San Jose | CA | 95125 |
| b. Mailing Address of LLC, **if different than item 4a** <br> 1314 Lincoln Ave, Ste 2E | San Jose | CA | 95125 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box <br> 1314 Lincoln Ave, Ste 2E | San Jose | CA | 95125 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Justin | Vu | Nguyen | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1314 Lincoln Ave, Ste 2E | San Jose | CA | 95125 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| VINH | DUC | NGUYEN | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1314 Lincoln Ave, Ste 2E | San Jose | CA | 95125 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
real estate leasing

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 11/07/2021 | VINH DUC NGUYEN | Attorney | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

Exhibit C

| LLC-5 | Application to Register a Foreign Limited Liability Company (LLC) |
|-------|------------------------------------------------------------------|

To register an LLC from another state or country in California, fill out this form, and submit for filing along with:

– A $70 filing fee,
– A certificate of good standing from the agency where your LLC was formed **originally**, and
– A separate, non-refundable $15 service fee, if you drop off the completed form.

*Important!* LLCs in California may have to pay a minimum $800 yearly tax to the Franchise Tax Board.

LLCs that provide *professional* services cannot register in California.

**FILED**
in the office of the Secretary of State
of the State of California

OCT 10 2012

*This Space For Office Use Only*

For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm*

① **Name to be used for this LLC in California**

CATINA INVESTMENT, LLC
*proposed LLC name*

The name must end with: "LLC," "L.L.C.," "Limited Liability Company," "Limited Liability Co.," "Ltd. Liability Co." or "Ltd. Liability Company;" and may not include: "bank," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp.," "insurer," or "insurance company."

② **LLC History**

a. If the proposed LLC name you listed above is different than the LLC name you use **now** (as listed on your certificate of good standing), list the complete LLC name used now:

N/A

b. Date your LLC was formed *(MM, DD, YYYY)*: April 4, 2012

c. State or country where your LLC was formed: Nevada

d. Your LLC currently has powers and privileges to conduct business in the state or country listed above.

③ **Service of Process**

List a California resident or a qualified 1505 corporation in California that agrees to be your agent to accept service of process in case your LLC is sued. You may list any adult who lives in California. You may **not** list an LLC as your agent. Do not list an address if the agent is a 1505 corporation.

a. *Agent's name:* Vince Nguyen, Esq.

b. *Agent's address:* 1361 S. Winchester Blvd., Suite 111 — San Jose — CA — 95128
*street address (if agent is not a corporation)* — *city (no abbreviations)* — *state* — *zip*

If the agent listed above has resigned or cannot be found or served after reasonable attempts, the California Secretary of State will be appointed the agent for service of process for your LLC.

④ **LLC Address**

a. List address for your LLC's headquarters:

1000 E. William St., Suite 204 — Carson City — NV — 89701
*street address* — *city (no abbreviations)* — *state* — *zip*

b. List address for your LLC's main office in **California**, if any:

1321 S. Winchester Blvd., Suite 245 — San Jose — CA — 95128
*street address* — *city (no abbreviations)* — *state* — *zip*

⑤ **Read and sign below:**

I declare that I am the person who signed this form, and that I am authorized to do so under the laws of the state or country where this LLC was formed.

Sign here _____  Date 10/09/12

Print your name here VINCE NGUYEN  Your business title Manager

Make check/money order payable to: **Secretary of State**

We can give you up to 2 free certified copies of your filed form if you submit up to 2 completed copies of this form (with all attachments).

*By Mail*
Secretary of State
Business Entities, P.O. Box 944228
Sacramento, CA 94244-2280

*Drop-Off*
Secretary of State
1500 11th St., 3rd Floor
Sacramento, CA 95814

Corporations Code §§ 17375, 17451, 17452, Revenue and Taxation Code § 17941
LLC-5 (REV 08/2010)

2010 California Secretary of State
www.sos.ca.gov/business



## Secretary of State
## Statement of Information
(Limited Liability Company)

| LLC-12 |

21-E52265

# FILED

In the office of the Secretary of State
of the State of California

SEP 01, 2021

This Space For Office Use Only

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

CATINA INVESTMENT, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201229010128 | NEVADA |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1302 LINCOLN AVE, STE 204 | SAN JOSE | CA | 95125 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 1302 LINCOLN AVE, STE 204 | SAN JOSE | CA | 95125 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Justin | Vu | Nguyen | |
| b. Entity Name - Do not complete Item 5a | | | |
| | | | |
| c. Address | City (no abbreviations) | State | Zip Code |
| 1302 Lincoln Ave Suite 204 | San Jose | CA | 95125 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| VINH | DUC | NGUYEN | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 1302 LINCOLN AVE, STE 204 | SAN JOSE | CA | 95125 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| INVESTMENT IN REAL ESTATE |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Address | City (no abbreviations) | State | Zip Code |
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 09/01/2021 | VINH DUC NGUYEN | Attorney | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐ ¬

Company:

Address:

City/State/Zip: ∟ ⌟

LLC-12 (REV 01/2017)　　Page 1 of 1　　　　2017 California Secretary of State
www.sos.ca.gov/business/be

Case 22-50907    Doc# 160-1    Filed: 02/03/23    Entered: 02/03/23 16:52:30    Page 12
of 17

# Secretary of State
## Statement of Information
(Limited Liability Company)

LLC-12

# FILED

In the office of the Secretary of State
of the State of California

SEP 12, 2021

This Space For Office Use Only

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

CATINA INVESTMENT, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201229010128 | NEVADA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1314 LINCOLN AVE. STE 2E | SAN JOSE | CA | 95125 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1314 LINCOLN AVE. STE 2E | SAN JOSE | CA | 95125 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1314 LINCOLN AVE. STE 2E | SAN JOSE | **CA** | 95125 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| JUSTIN | | NGUYEN | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1314 LINCOLN AVE. STE 2E | SAN JOSE | CA | 95125 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| VINH | | NGUYEN | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1314 LINCOLN AVE. STE 2E | SAN JOSE | **CA** | 95125 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| INVESTMENT IN REAL ESTATE |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 09/12/2021 | VINH NGUYEN | ATTORNEY | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐          ¬

Company:

Address:

City/State/Zip: ∟          ⌡

Exhibit D

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| RICHARD K. ABDALAH , SBN 60380<br>LAW OFFICES OF<br>300 HARDING BLVD. STE. 203 H<br>ROSEVILLE, CA 95678<br>TELEPHONE NO.: 408-480-3239  FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* JULIE CLIFF | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA | |
|---|---|
| STREET ADDRESS: 191 N. FIRST ST.<br>MAILING ADDRESS: 191 N. FIRST ST.<br>CITY AND ZIP CODE: SAN JOSE, CA 95113<br>BRANCH NAME: | |

| PLAINTIFF/PETITIONER: JULIE CLIFF | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: VINCE NGUYEN aka VINH DUC NGUYEN | 22CV397537 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. [x] summons

   b. [x] complaint

   c. [x] Alternative Dispute Resolution (ADR) package

   d. [x] Civil Case Cover Sheet *(served in complex cases only)*

   e. [ ] cross-complaint

   f. [x] other *(specify documents):* CIVIL LAWSUIT NOTICE

3. a. Party served *(specify name of party as shown on documents served):*
   VINCE NGUYEN aka VINH DUC NGUYEN

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   1255 BLEWETT AVE. SAN JOSE, CA 95125

5. I served the party *(check proper box)*

   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*  (2) at *(time):*

   b. [x] **by substituted service.** on *(date):* 5-11-2022  at *(time):* 10:07 AM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   FEMALE, TERI HA NGUYEN , SUBJECTS WIFE, ID  FROM PHOTO I RECIEVED

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [x] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [x] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 5-13-2022  from *(city):* SAN JOSE, CA 95155  or [ ] a declaration of mailing is attached.

   (5) [x] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)

      ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)

      ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)

      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)

      ☐ 416.50 (public entity)     ☐ 415.46 (occupant)

          ☐ other:

7. **Person who served papers**

  a. Name: PAT CURLEY

  b. Address: P.O. BOX 8071, SAN JOSE, CA 95155

  c. Telephone number: 408-313-3152

  d. **The fee** for service was: $ 160.00

  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ a registered California process server:

        ☐ owner   ☐ employee   ☒ independent contractor.

      (ii) Registration No.: 1250

      (iii) County: SANTA CLARA

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 5-13-2022

PAT CURLEY     ▶ _____

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

[ Print this form ]    [ Save this form ]    [ Clear this form ]

DECLARATIN OF DILIGENCE

VINCE NGUYEN aka VIN DUC NGUYEN
V
JULIE CLIFF
22CV397537

ACTIONS TAKEN FIRST TOATTEMPT PERSONAL SERVICE
VINCE NGUYEN aka VIN DUC NGUYEN

1255 BLEWETT AVE.
5-6-2022     11:15 AM FEMALE AT DOOR ID FROM PHOTO WIFE OF SUBJECT
CLAIM SUBJECT NOT LIVING THERE, I DIDNOT BELIEVE HER.

5-10-2022     1:35PM   NO ANSWER AT DOOR

5-11-2022     10:07 AM SUBSTITUTION OF SERVICE ON WIFE OF SUBJECT

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE
OF CALIFORNIA THAT THE FORGOING IS TRUE AND CORRECT.

5-13-2022
PAT CURLEY