Richard K. Abdalah, Esq. (SBN 60380)
ABDALAH LAW OFFICES
A Professional Law Corporation
3031 Stanford Ranch Rd., Ste. 2-210
Rocklin, CA 95765
Tel: (408) 480-3239
Email: *rabdalah@abdalahlaw.com*

Attorney for Creditor Julie Cliff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VINH DUC NGUYEN, aka VINCE NGUYEN,<br><br>　　　　　　　　　　Debtor. | CASE NO. 22-50907 MEH<br><br>**CERTIFICATE OF SERVICE** |

I am not less than 18 years of age and not a party to the within case. My business address is 3031 Stanford Ranch Rd., Ste. 2-210, Rocklin, CA 95765. I caused the Opposition to Motion for Authority to Enter Into Agreement Concerning Interest in Real Property Subject to Overbid, and for Approval of Debtor's Settlement and Global Release with Paul Nguyen, Request for Hearing, and Declaration, to be served via electronic transmission and/or by first-class United States mail, postage pre-paid, at Rocklin, California, on the date noted below and addressed to those listed in the mailing matrix attached hereto.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: February 3, 2023

/s/Richard K. Abdalah
Richard K. Abdalah, Esq.
Attorney for Creditor Julie Cliff

ABDALAH LAW OFFICES
A PROFESSIONAL LAW CORPORATION
3031 Stanford Ranch Rd., Ste. 2-210
Roseville, CA 95678
TELEPHONE: (408) 480-3239

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 22-50907<br>California Northern Bankruptcy Court<br>San Jose<br>Fri Feb  3 15:15:52 PST 2023 | Bank of New York Mellon as trustee for<br>fka America's Wholesale Lender<br>450 E. Boundary St.<br>Chapin, SC 29036-9417 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | CEFCU<br>P.O. Box 247001<br>Omaha, NE 68124-7001 | Peter C. Califano<br>NIESAR & VESTAL LLP<br>90 New Montgomery St. 9th Floor<br>San Francisco, CA 94105-4504 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Empire Investments, LLC<br>1314 Lincoln Avenue, Ste 2E<br>San Jose, CA 95125-3012 |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 | First Century Plaza<br>c/o Jeremy Sugarman, Esq.<br>1901 Harrison St., 13th Floor<br>Oakland, CA 94612-3574 |
| First Century Plaza, LLC<br>Attn: Andrew C. McCullough<br>150 Pelican Way<br>San Rafael, CA 94901-5550 | First Century Plaza, LLC<br>90 New Montgomery Street, 9th Floor<br>San Francisco, CA 94105-3468 | Franchise Tax Board<br>Personal Bankruptcy MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Fred Hjelmeset<br>P.O.Box 4188<br>Mountain View, CA 94040-0188 | Home Depot<br>2455 Paces Ferry Road SE<br>Roseville, CA 95678 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Josef Szigeti<br>Douglas Elliman Real Estaet<br>12 Corporate Plaza, Ste 250<br>Newport Beach, CA 92660-7921 | Julie Cliff<br>c/o Richard Abdalah, Esq.<br>300 Harding Blvd., Suite 203 H<br>Roseville, CA 95678-2474 |
| Gregg S. Kleiner<br>Rincon Law LLP<br>268 Bush St. #3335<br>San Francisco, CA 94104-3503 | Kokjer, Pierotti, Maiocco & Duck LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104-3319 | Teri H. Nguyen<br>15520 Quito Road<br>Monte Sereno, CA 95030-3127 |
| Vinh Nguyen<br>15520 Quito Road<br>Monte Sereno, CA 95030-3127 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Parker Foreclosure Services<br>65 N Dos Caminos Ave.<br>Ventura, CA 93003-2924 |
| Paul Nguyen<br>9353 Bolsa Ave. #F8<br>Westminster, CA 92683-5951 | Personal Bankruptcy<br>Franchise Tax Board<br>Personal Bankruptcy MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Richard L. Pierotti<br>Kokjer, Pierotti, Maiocco and Duck<br>333 Pine St. 5th Fl.<br>San Francisco, CA 94104-3319 |

Case: 22-50907    Doc# 160-2    Filed: 02/03/23    Entered: 02/03/23 16:52:36    Page 3 of 4

(p)CALIFORNIA STATE BOARD OF EQUALIZATION        (p)U S  ATTORNEY'S OFFICE   NORTHERN DISTRICT
ACCOUNT REFERENCE GROUP MIC 29                   450 GOLDEN GATE AVENUE
P O BOX 942879                                   9TH FLOOR
SACRAMENTO CA 94279-0029                         SAN FRANCISCO CA 94102-3419

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chase Cardmember Service          State Board of Equalization              U.S. Attorney
P.O. Box 6294                     Attn: Special Procedures Section, MIC:55 Civil Division
Carol Stream, IL 60197-6294       P.O. Box 942879                          450 Golden Gate Ave.
                                  Sacramento, CA 94279                     San Francisco, CA 94102-3400



                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Paul Nguyen                    End of Label Matrix
                                  Mailable recipients    31
                                  Bypassed recipients     1
                                  Total                  32