Richard K. Abdalah, Esq. (SBN 60380)
ABDALAH LAW OFFICES
A Professional Law Corporation
3031 Stanford Ranch Rd., Ste. 2-210
Rocklin, CA 95765
Tel: (408) 480-3239
Email: *rabdalah@abdalahlaw.com*

Attorney for Creditor Julie Cliff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VINH DUC NGUYEN, aka<br>VINCE NGUYEN,<br><br>　　　　　　Debtor. | CASE NO. 22-50907 MEH<br><br>**NOTICE OF WITHDRAWAL OF OPPOSITION TO MOTION FOR AUTHORITY TO ENTER INTO AGREEMENT CONCERNING INTEREST IN REAL PROPERTY SUBJECT TO OVERBID, AND FOR APPROVAL OF DEBTOR'S SETTLEMENT AND GLOBAL RELEASE WITH PAUL NGUYEN, AND REQUEST FOR HEARING** |

Creditor Julie Cliff, by and through her counsel of record, hereby withdraws her Opposition to Motion for Authority to Enter Into Agreement and Request for Hearing, Document No. 160.

DATED: February 8, 2023         ABDALAH LAW OFFICES
                                A Professional Law Corporation

                                By:   /s/Richard K. Abdalah
                                      Richard K. Abdalah, Esq.
                                      Attorney for Creditor
                                      Julie Cliff

ABDALAH LAW OFFICES
A PROFESSIONAL LAW CORPORATION
3031 Stanford Ranch Rd., Ste. 2-210
Roseville, CA 95678
TELEPHONE: (408) 480-3239

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States, not less than 18 years of age and not a party to the within case. I am employed in the County of San Joaquin, California. My business address is 3031 Stanford Ranch Rd. Ste. 2-210 Rocklin, CA 95765. I caused the foregoing document to be served via electronic transmission and/or by first-class United States mail, postage pre-paid, at Rocklin, California, on the date noted below and addressed to those listed. The Chapter 7 Trustee will receive such notice upon the electronic filing of this document.

Office of the US Trustee
US Federal Building
280 So. First St., #268
San Jose, CA 95113

Gregg S. Kleiner, Esq.
Rincon Law LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104

Arasto Farsad, Esq.
Farsad Law Office, PC
1625 The Alameda, Ste. 525
San Jose, CA 95126

Vince D. Nguyen
1361 So. Winchester Blvd., Ste. 111
San Jose, CA 95128

Debtor

Attorney for Debtor

I declare, under penalty of perjury, that the foregoing is true and correct, and that this Certificate of Service was executed this 8th day of February, 2023, at Rocklin, California.

/s/Richard K. Abdalah
Richard K. Abdalah, Esq.
Attorney for Creditor
Julie Cliff