Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for FRED HJELMESET,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>VINH NGUYEN<br>     *aka* VINCE NGUYEN,<br><br>Debtor. | Case No. 22-50907 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**BANKRUPTCY LOCAL RULE 9014-1 CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 151** |

On January 13, 2023, the Trustee filed his Motion for Authority to Enter Into Agreement Concerning Interest in Real Property Subject to Overbid, and for Approval of Debtor's Settlement and Global Release With Paul Nguyen (Dkt. 151) ("Motion"). The last day to oppose the Motion or request a hearing was February 3, 2023. On February 3, 2023, Julie Cliff filed and objection to the Motion and requested a hearing (Docket 160) ("Objection"). Creditor Paul Nguyen filed a reply to the Objection (Docket 161). The Trustee filed a reply to the Objection and set the Motion for hearing on February 16, 2023 (Dockets 162-163). On February 8, 2023, Ms. Cliff, through her counsel, withdrew her Objection (Docket 164).

*Except for the now withdrawn Objection*, as of this date, the undersigned has not received an answer, objection, or other responsive pleading to the and has reviewed the Court's record and no answer, objection, or other responsive pleading to the Motion appears. The Motion and notice provided parties with an opportunity to make an overbid. The Trustee has received no overbids.

/ / /

Pursuant to the Notice and Opportunity for Hearing on Motion for Authority to Enter Into Agreement Concerning Interest in Real Property Subject to Overbid, and for Approval of Debtor's Settlement and Global Release With Paul Nguyen, objections to the Motion were to be filed and served no later than February 3, 2023, and no informal extension of time to object has been provided.

It is hereby respectfully requested that the Order uploaded concurrently herewith be entered by the Court.

DATED: February 8, 2023   RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for FRED HJELMESET,
Trustee in Bankruptcy