Entered on Docket
February 09, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
FRED HJELMESET,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: February 9, 2023

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

    VINH NGUYEN
        *aka* VINCE NGUYEN,

    Debtor.

Case No. 22-50907 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING TRUSTEE TO ENTER INTO AGREEMENT CONCERNING INTEREST IN REAL PROPERTY SUBJECT TO OVERBID, AND FOR APPROVAL OF DEBTOR'S SETTLEMENT AND GLOBAL RELEASE WITH PAUL NGUYEN**

Following the Court's consideration of the Motion for Authority to Enter Into Agreement Concerning Interest in Real Property Subject to Overbid, and for Approval of Debtor's Settlement and Global Release With Paul Nguyen [Docket 151] ("Motion") and related pleadings filed by Fred Hjelmeset the Chapter 7 trustee ("Trustee") of the estate of Vinh Nguyen *aka* Vince Nguyen ("Debtor"), the objection to the Motion filed by Julie Cliff [Docket 160], and the withdrawal of the objection to the Motion filed by Julie Cliff on February 8, 2023 [Docket 164], the Trustee's Certification of No Objection to the Motion, notice of the Motion being adequate and proper and good cause appearing,

IT IS HEREBY ORDERED THAT:

    1.    The Motion is approved in all respects.

/ / /

2. The sale and settlement set forth in the Motion is fair and equitable and meets the standards for approval of a compromise in the Ninth Circuit under *In re A&C Properties*, 784 F2d. 1377, 1381 (9th Cir. 1986), the standards for a sale of affirmative claims established by the Bankruptcy Appellate Panel in *In re Mickey Thompson*, 292 B.R. 415 (9th Cir. BAP 2003) and *In re Lahijani*, 325 B.R. 282 (9th Cir. BAP 2005), and the Trustee's decision to enter into the agreement to settle the dispute satisfies the business judgment test and meets the standards for approval of a sale under 11. U.S.C. § 363(b)(1).

3. The Trustee is authorized to enter into the "Global Settlement Agreement and General Release" ("Agreement") with the Debtor, with creditor Paul Nguyen, and with Empire Investments LLC, a Wyoming limited liability company. A true and correct copy of the Agreement is attached as Exhibit B to the Motion.

4. The Trustee is authorized to enter into the Agreement and take all steps necessary to consummate the Agreement, including the execution of documents to perform the Agreement.

5. The Trustee is authorized to accept the sum of $300,000 from Empire Investments LLC, in exchange for the estate's ten (10%) right, title and interest in and to real property commonly referred to as 12329 Kosich Place, Saratoga, California, 95020.

6. The Trustee is authorized to deliver to Paul Nguyen the sum of $510,000 in full and complete settlement of all claims he has filed against the estate, including, but not limited to, Claim Nos. 3 and 4. Following delivery of the $510,000 to Mr. Paul Nguyen, Claim Nos. 3 and 4 shall be deemed withdrawn for all purposes.

7. The February 16, 2023, hearing set by the Trustee will be taken off calendar.

8. This order is effective upon entry and the stay otherwise imposed by Rule 62(a) of the Federal Rules of Civil Procedure and/or Bankruptcy Rule 6004(h) shall not apply.

*** END OF ORDER ***

***COURT SERVICE LIST***

No Court service required.