ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

VINH NGUYEN,

  Debtor.

Case No.: 22-50907 MEH
Chapter 13

**WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 3 AND NO. 4 FILED BY PAUL NGUYEN; CERTIFICATE OF SERVICE**

**Judge: Honorable M. Elaine Hammond**

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE CHAPTER 7 TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL CREDITORS / PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:** Comes now Vinh Nguyen, by and through his counsel of record, Farsad Law Office, P.C., and hereby withdraws the Objection to Claim No. 3 and No. 4 filed by Paul Nguyen ("Objection"). Debtor's Objection was filed on December 27, 2022 under Docket No. 144. The Parties have settled their dispute and so the Objections are now moot.

    The Debtor further requests that the Honorable Court cancel the hearing on this Objection set for March 9, 2023, at 10:00 a.m. based on the instant withdrawal and any and all related deadlines.

Respectfully submitted,

Executed on February 10, 2023, at San Jose, California.

*/s/ Nancy Weng*
Nancy Weng, Esq.
Attorney for Debtor in possession

COURT SERVICE LIST
**No Mail Service Required**