FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

NGUYEN, VINH,

        Debtor.

Case No. 22-50907 MEH

Chapter 7

## TRUSTEE'S REPORT OF TRANSACTION

COMES NOW, Fred Hjelmeset, trustee of the above-stated bankruptcy estate, and reports that pursuant to the order of this Court, Doc#166, authorizing the Global Settlement Agreement and General Release among the estate, the Debtor, creditor Paul Nguyen, and Empire Investments LLC, the terms of which are described in detail in the Motion for Authority to Enter Into Agreement, filed herein as Doc#151, the settlement is completed. The estate received the amount of $810,000 from Empire Investments and submitted the amount of $510,000 to Paul Nguyen.

The net amount retained by the estate is **$300,000.00**.

DATED:    This 28th day of February, 2023.

                                                /s/ Fred Hjelmeset
                                          Fred Hjelmeset, Chapter 7 Trustee