Arasto Farsad, Esq. (SBN 273118)
Nancy Weng, Esq. (SBN 251215)
FARSAD LAW OFFICE, P.C.
1625 The Alameda, Suite 525
San Jose, CA 95126
Telephone Number: (408) 641–9966
Facsimile Number: (408) 866–7334
Email Address: FarsadLaw1@gmail.com

Attorney for Debtor
 VINH NGUYEN

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>VINH NGUYEN,<br><br>               Debtor. | Case No. 22-50907 MEH<br>Chapter 7<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF OBJECTION TO EX PARTE APPLICATION FOR ORDER COMPELLING COMPLIANCE WITH 11 U.S.C. SECTION 521 (a)**<br><br>**Judge: Hon. M. Elaine Hammond** |

      **TO THE HONORABLE M. ELAINE HAMMOND, THE CHAPTER 7 TRUSTEE, THE PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:**

      I, Vinh Nguyen ("Debtor"), am the Debtor in the instant case. I have personal knowledge of the information contained herein and, if called upon to testify, could and would do so competently. I declare as follows:

1. On February 16, 2023, I was present at the continued Section 341 Meeting.

2. During the Meeting, I was asked questions regarding a $19,000 check that was paid out of my IOLTA Account.

3. It is sad for me to acknowledge, but I am a 76-year old senior that is not well. I have diabetes type II, occasional loss of memory, and heart issues. I underwent artery replacement 2 years

- 1 -

DECLARATION OF DEBTOR IN SUPPORT OF OBJECTION
TO EX PARTE APPLICATION FOR ORDER COMPELLING COMPLIANCE
WITH 11 U.S.C. SECTION 521 (a)                  Case No. 22-50907 MEH

ago. Because of my medical condition, I take about 10 prescription pills a day that affect my mood and make me lethargic. I can still work, but I'm slow and need time to think things through. It is very difficult for me work without careful consideration / without processing. Within the past 2 weeks, I was not feeling well enough to attend three scheduled appointments with my counsel to go over a declaration clarifying my testimony as provided at the 341 Meeting.

4. As to the background of the monies in question, the $19,000.00 was from a client involving a real estate matter. In October of 2022, I was paid from a client that I'd met with in July and August. I had done approximately 10 hours of work on behalf of this client at my hourly billing rate of $300.00 per hour. I have been a licensed attorney since 1994.

5. Accordingly, from the "$19,000.00" obtained, $3,000.00 is in fact earned money that is "unexempt" for purposes of the current case. The remaining $16,000.00, however, has not been earned and still belongs to the client-not to me.

6. I am sorry that my testimony provided at the 341 Meeting was not clearer.

7. Trustee Hjelmeset speaks very fast and I did not catch some of his pertinent points. In particular, there was a discussion about the accounts receivable and whether or not the money was in fact earned as a whole. I do recall hesitating, saying "um" as to whether the money was an "account receivable". I remember my counsel attempting to assist me. From her help, I understood that I would be able to go back to my records to calculate my hours and see what was earned / unexempt income.

8. The Meeting was continued and I thought that I would be able to return with the results of my research to provide my hours at that time. Furthermore, I was extremely concerned about divulging privileged information related to my attorney trust account.

9. Therefore, I and my counsel respectfully ask the Trustee to withdraw the Ex Parte Application to allow me to present his findings at the continued 341 Meeting free from any compulsory motions (as I was led to believe) or, in the alternative, respectfully ask the Court to deny the Ex Parte Application.

DECLARATION OF DEBTOR IN SUPPORT OF OBJECTION
TO EX PARTE APPLICATION FOR ORDER COMPELLING COMPLIANCE
WITH 11 U.S.C. SECTION 521 (a)                                          Case No. 22-50907 MEH

Case: 22-50907    Doc# 176    Filed: 02/28/23    Entered: 02/28/23 19:26:45    Page 2 of 3

RESPECTFULLY SUBMITTED,


Dated: <u>February 28, 2023</u>


By: <u>/s/ *Vinh Nguyen*</u>
Vinh Nguyen
Debtor herein

- 3 -

DECLARATION OF DEBTOR IN SUPPORT OF OBJECTION
TO EX PARTE APPLICATION FOR ORDER COMPELLING COMPLIANCE
WITH 11 U.S.C. SECTION 521 (a)                                              Case No. 22-50907 MEH

Case: 22-50907    Doc# 176    Filed: 02/28/23    Entered: 02/28/23 19:26:45    Page 3 of 3