

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel. 415-672-5991
Fax. 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
FRED HJELMESET,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: March 9, 2023

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

    VINH NGUYEN
      *aka* VINCE NGUYEN,

    Debtor.

Case No. 22-50907 MEH
Chapter 7

**ORDER APPROVING TRUSTEE'S SECTION 521 APPLICATION**

Date: March 9, 2023
Time: 10:00 a.m.
Place: 280 South First Street,
       San Jose, CA 95113
       Hon. M. Elaine Hammond,
       Courtroom 11
       Or Via Zoom Videoconference

On March 9, 2023 at 10:00 a.m., the Court conducted a hearing on the *Ex Parte* Application for Order Compelling Compliance With 11 U.S.C. Section 521(a) filed by Fred Hjelmeset, Chapter 7 Trustee of the estate of Vinh Nguyen ("Debtor") and the supporting declaration of the Trustee and his counsel (collectively, the "Application"). Docket 173. The Application sought turnover by the Debtor of the sum of $19,000, less any eligible exemption, and amended Schedules B and C to reflect his interest in the $19,000 account receivable and the sums eligible for a grubstake exemption. The Application was opposed by the Debtor [Dockets 175-176]. On March 2, 2023, the Court set a hearing on the Application [Docket 177]. At the March 9, 2023 hearing, Gregg S. Kleiner appeared on behalf of the Trustee, Fred Hjelmeset, and Nancy Weng appeared on behalf of the

Debtor. At the hearing, counsel put on the record an agreement resolving the dispute, which agreement is set forth in this order.

IT IS HEREBY ORDERED THAT:

1. Based on the agreement put on the record, the opposition to the Application is deemed moot;

2. The Application is approved, as set forth in this Order;

3. Promptly after the entry of this Order, the Debtor shall file an amended Schedule B and amended Schedule C. The amended Schedule B shall reflect his interest in a $19,000 account receivable. The Debtor's amended Schedule C shall reflect his claim of exemption of $2,513 in the $19,000 account receivable. After applying the Debtor's grubstake exemption, the remaining non-exempt sums total $16,487; and

4. The Debtor shall deliver to the Trustee, by wire transfer, the total amount of $16,487, which amount shall be delivered to the Trustee in four equal installments of $4,121.75 each. The installments shall be sent by the Debtor to the Trustee by wired transfer, so the $4,121.75 installments are actually received by no later than: March 24, 2023, April 25, 2023, May 25, 2023 and June 26, 2023.

*** END OF ORDER ***

*** COURT SERVICE LIST ***

No Court service required.