Gregory S. Powell, Assistant United States Trustee
State Bar No. CA 182199
Phillip J. Shine, Trial Attorney
State Bar No. CA 318840
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First Street, Room 268
San Jose, CA 95113
Telephone: (408) 535-5526
E-mail: *phillip.shine@usdoj.gov*

Attorneys for United States Trustee
Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>VINH NGUYEN,<br><br>　　　　　　　Debtor(s). | Case No: 22-50907 MEH<br><br>Chapter 7 |

**STIPULATION TO ENLARGE TIME PERIODS FOR UNITED STATES TRUSTEE TO FILE MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(3) AND/OR COMPLAINT TO DENY <u>DISCHARGE UNDER 11 U.S.C. § 727 TO MAY 15, 2023</u>**

Tracy Hope Davis, the United States Trustee for Region 17 ("UST"), by and through her undersigned counsel, and the Debtor Vinh Nguyen ("Debtor"), by and through his undersigned counsel (collectively, the "Parties"), hereby stipulate to the following facts:

1. On October 4, 2022, the Debtor filed the above-captioned bankruptcy case on under chapter 13. ECF No. 1. Thereafter, the case was converted to chapter 7. ECF No. 123.

2. The chapter 7 11 U.S.C. § 341 Meeting of Creditors was first scheduled for January 12, 2023, continued several times, and is presently continued to March 24, 2023. *See* ECF Docket *generally*.

3. The deadline for the UST to file a motion to dismiss case for abuse pursuant to 11 U.S.C. §§ 707(b)(1) and 707(b)(3) and/or an adversary complaint to deny discharge under 11 U.S.C. § 727 expires on March 13, 2023. ECF No. 123.

4. The UST is still investigating whether to file a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) and/or an adversary complaint to deny discharge pursuant to 11 U.S.C. § 727. The UST requires additional time to complete her review.

5. The Parties hereby stipulate to extend the time for the UST to file a motion to dismiss under 11 U.S.C. § 707(b)(3) and/or an adversary complaint to deny discharge under 11 U.S.C. § 727 to and including May 15, 2023.

Dated: March 13, 2023

VINH NGUYEN

*/s/ Arasto Farsad*
By: Arasto Farsad
Attorney for the Debtor

March 13, 2023

UNITED STATES TRUSTEE
TRACY HOPE DAVIS

*/s/ Phillip J. Shine*
By: Phillip J. Shine
Attorney for United States Trustee