1   Gregory S. Powell, Assistant United States Trustee
State Bar No. CA 182199

2   Phillip J. Shine, Trial Attorney

**The following constitutes the order of the Court.**
**Signed: March 13, 2023**

3   State Bar No. CA 318840

UNITED STATES DEPARTMENT OF JUSTICE

4   Office of the United States Trustee
280 South First Street, Room 268

*M. Elaine Hammond*

5   San Jose, CA 95113

Telephone: (408) 535-5526

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

6   E-mail: *phillip.shine@usdoj.gov*

7

8   Attorneys for United States Trustee
Tracy Hope Davis

9                 UNITED STATES BANKRUPTCY COURT

10                 NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION

11   In Re:                       )     Case No: 22-50907 MEH

12                             )
    VINH NGUYEN,               )     Chapter 7

13                             )

14               Debtor(s).       )

15

16   **ORDER EXTENDING DEADLINE FOR UNITED STATES TRUSTEE TO FILE**
**MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(3) AND/OR**
**COMPLAINT TO DENY DISCHARGE UNDER 11 U.S.C. § 727**

17

18         The Court having reviewed the Stipulation between the United States Trustee ("UST")

19   and the Debtor Vinh Nguyen ("Debtor") to enlarge time periods for the UST to file a motion to

20   dismiss under 11 U.S.C. § 707(b)(3) and/or a complaint to deny discharge under 11 U.S.C. §

21   727, and good cause appearing,

22         IT IS HEREBY ORDERED that the Stipulation is approved;

23

24         IT IS HEREBY FURTHER ORDERED that the time period for the UST to file a motion

25   to dismiss under 11 U.S.C. § 707(b)(3) is extended to and including May 15, 2023; and

26

27

28                               1

IT IS HEREBY FURTHER ORDERED that the time period for the UST to file a complaint to deny discharge under 11 U.S.C. § 727 is extended to and including May 15, 2023.

Approved as to Form

By: */s/ Arasto Farsad*
    Arasto Farsad
    Attorney for the Debtor

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

ECF Participants