Arasto Farsad, Esq. (SBN #273118)
Nancy Weng, Esq. (SBN #251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda Suite 525
San Jose CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses: farsadlaw1@gmail.com; nancy@farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re:

VINH NGUYEN,

Debtor.

Case No. 22-50907 MEH
Chapter 7

**DECLARATION OF NANCY WENG IN SUPPORT OF APPLICATION FOR COMPENSATION**

Date: Date: April 20, 2023
Time: 10:00 a.m.
Place: U.S. Courthouse, 280 South 1st Street, Courtroom 11, San Jose CA 95113**

**Hearing to be conducted in person in the courtroom but Counsel / interested parties may appear by Zoom and instructions on doing so are provided below

**Before: Hon. M. Elaine Hammond**

I, Nancy Weng, hereby declare:

1. I am an attorney duly licensed to practice in this State and before this Court, and am authorized by the law Firm of Farsad Law Office, P.C., "the Firm", or "Applicant", the

1 – Declaration of Nancy Weng in Support of Application for Compensation

employed counsel for the Debtor in the above-captioned case, to apply for the Firm's compensation.

2. I have personal knowledge of the facts set forth in this declaration, and if called to testify, would and could testify competently thereto. As to those matters stated on information and belief, I believe them to be true. I submit this declaration in support of the First and Final Application of Compensation (the "Application") by counsel for the Debtor.

3. I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information, and belief.

4. Throughout the case, I was one of the primary attorneys working on this case, along with Arasto Farsad.

5. There are absolutely no fee splitting or fee sharing arrangements between the Firm (or any of its members or employees or agents) and anyone else or any other entities.

6. The Firm substituted into the case on October 29, 2022 and filed the application for "no look fees" on October 31, 2022 under Dkt. No. 66.

7. On December 8, 2022, a hearing was held on creditor Paul Nguyen's Motion to Dismiss (Dkt No. 72) whereby the Court converted the case to one under Chapter 7. An Order Converting Case to Chapter 7 was entered on December 9, 2022 (Dkt. No. 123).

8. The Firm seeks approval of final compensation totaling $24,570.00 plus costs of $450.00 for pre-conversion to Chapter 7 services to the Debtor for the period covering October 29, 2022 to December 9, 2022 (the "Billing Period") for a total award of $25,020.00.

9. Although the case was converted, Farsad Law Office, P.C. remained on the case as counsel (and still is) for the Debtor and understands it will never be compensated for its representation for any work done post- conversion.

10. My billing rate for this case is $350.00 per hour. The billing rates for the attorneys in the Farsad Law Office, P.C. are as follows: Arasto Farsad, $350.00 per hour.

11. There was no double billing in the case, even where Arasto Farsad and I conferred or worked on matters involving the case at the same time.

12. I am an attorney licensed to practice law since 2007. I hold a B.A. from the University of Houston, and a J.D. from Golden Gate University School of Law.

13. Upon information and belief, my hourly billing rate of $350.00 per hour is normal for an attorney of like experience in the Bay Area, and the rates herein were billed at rates no less favorable than those customarily billed by the Firm and generally accepted by clients of the Firm.

14. A detailed breakdown of the project billing is attached hereto as **Exhibit A**. The project billing is generated from time kept contemporaneously on Excel.

15. I personally reviewed the project billing and time slips and attest that to the best of my knowledge that they are true, correct, and accurate. Exhibit A breaks down the professional working on each event by the initials of the attorney working on the project.

16. The Firm has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

17. A copy of this Application and a cover letter is being mailed to the Debtor concurrently herewith. A copy of said cover letter is attached hereto as **Exhibit B**.

18. The Firm now respectfully requests that the Court grant the Application after the Court's consideration / review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2023 at **San Jose**, California

*/s/ Nancy Weng, Esq.*
Nancy Weng
Attorneys for Debtor

3 – Declaration of Nancy Weng in Support of Application for Compensation

# EXHIBIT A

## Case Administration

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 10/28/2020 | review all Apps removed & underlying cases/ report assets | 4.5 | af | 1575 |
| 10/21/2022 | review all previous related bk filings and current schedules | 3.8 | nw | 1330 |
| 10/31/2022 | draft schedules A-J, SOFA, plan | 1.5 | af | 525 |
| 11/2/2022 | draft 1st amended plan | 1 | af | 350 |
| 11/4/2022 | review Paul N MTD case | 0.8 | af | 280 |
| 11/7/2022 | review Paul N sanctions motion | 1 | nw | 350 |
| 11/9/2022 | reviwe Paul N's objecton to confirm | 0.5 | nw | 175 |
| 11/15/2022 | review trustee's plan objection/obj exemptions | 1 | nw | 350 |
| 11/16/2022 | draft amended ABCDEF, spousal waiver | 1.8 | nw | 630 |
| 11/16/2022 | call with ch 13 trustee to discuss case | 0.5 | nw | 175 |
| 11/18/2022 | review Paul N amended objection to plan | 0.2 | nw | 70 |
| 11/20/2022 | draft opp to motion to dismisss by Paul N | 3 | af | 1050 |
| 11/22/2022 | attend 341 | 1 | nw | 350 |
| 12/5/2022 | review amend objection to plan by 13 trustee | 0.2 | af | 70 |
| 12/6/2022 | review supp doc re MTD | 0.3 | nw | 105 |
| 12/7/2022 | prepare for motion to dismiss hearing | 2 | nw | 700 |
| 12/8/2022 | attend motion to dismiss hearing | 1 | nw | 350 |
| | **Total** | **24.1** | | **8435** |

## Claims and Asset Analysis

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 10/25/2022 | review claims with debtor | 0.5 | af | 175 |
| 10/29/2022 | call Paul N - settle | 1 | af | 350 |
| 10/30/2022 | review Paul N's note history | 1 | af | 350 |
| 10/31/2022 | draft supplemental brief | 2.5 | nw | 875 |
| 11/1/2022 | review Paul N's supp reply to opp to MOR | 1.5 | af | 525 |
| 11/1/2022 | *call with counsel for 1st century* | 0.5 | nw | 175 |
| 11/3/2022 | attend MOR hearing | 0.6 | nw | 210 |
| 11/15/2022 | call Paul N - settle | 0.5 | af | 175 |

| Date | Event | Hours | Attorney | Total |
|---|---|---|---|---|
| 11/18/2022 | review amended Paul N objection to confirm | 0.5 | nw | 175 |
| 11/22/2022 | attend 341 | 1 | nw | 350 |
| 11/22/2022 | review Paul N's reply to opp to MTD | 1 | nw | 350 |
| 11/24/2022 | draft opposition to Paul N motion for sanctions | 5 | af | 1750 |
| 11/28/2022 | revview Paul N's motion for assign of rents | 1.5 | | 525 |
| 11/28/2022 | prepare for relief from stay hearing | 1.5 | nw | 525 |
| 12/1/2022 | research assign of rents issue | 1 | nw | 350 |
| 12/1/2022 | attend hrg re: Paul N relief from Stay | 1 | | 350 |
| 12/2/2022 | review Paul N's demand for rent | 0.2 | nw | 70 |
| 12/2/2022 | *review Paul N's request for reconsideration; MT to shorten time* | 0.2 | af | 70 |
| 12/4/2022 | review Paul N's rent collection motion ex parte | 0.8 | af | 280 |
| 12/6/2022 | draft opp to motion to reconsider | 1.8 | af | 630 |
| 12/6/2022 | review Paul N's ex parte prohibit rent collection | 0.5 | af | 175 |
| 12/8/2022 | call Paul N - settle | 0.5 | af | 175 |
| 12/8/2022 | research rent collection issue & previous state court ruling | 6 | nw | 2100 |
| | | | | 10710 |
| | **Total** | **30.6** | | **10710** |

Client Communications

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 10/19/2022 | meet with debtor to discuss gameplan of case | 4 | af | 1400 |
| 10/20/2022 | meet with debtor re: all state court cases removed | 3 | af | 1050 |
| 10/25/2022 | meet with debtor re: previous filings | 1.5 | af | 525 |
| 11/16/2022 | meet with debtor re: objections to plan and case | 2 | af | 700 |
| 11/20/2022 | meet with debtor re: a lot of issues and rents | 1 | af | 350 |
| 11/21/2022 | prep debtor for 341 | 1.5 | af | 525 |
| 12/7/2022 | meet with depressed debtor re: conversion & what it means | 2.5 | af | 875 |
| **Total** | | **15.5** | | **5425** |

| | | hours | | |
|---|---|---|---|---|
| | **Total** | **70.2** | | **24,570** |
| | costs - pacer charges and state court records charges | | | 450 |

25,020

# EXHIBIT B

# FARSAD LAW OFFICE, P.C.

Arasto Farsad (CA SBN 273118)
Nancy Weng (CA SBN 251215)
1625 the Alameda, Suite 525
San Jose, CA 95126
Telephone: (408) 641-9966
Facsimile: (408) 866-7334
Email: farsadlaw1@gmail.com; nancy@farsadlaw.com

**March 28, 2023**

Mr. Vinh Nguyen
15520 Quito Road
Monte Sereno, CA 95030

Re: Application for Compensation (i.e., attorneys fees and costs)
Chapter 7 Case Number: 22-50907
Case Title: *In re Vinh Nguyen*

Dear Mr. Nguyen:

    Attached / enclosed herewith is our First and Final Application for Compensation for your case which will be filed with the Bankruptcy Court. The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provides that a Debtor-in-Possession (you), a trustee, or an official committee, must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals.

    We invite you to discuss any objections, concerns, or questions you may have with us. The Office of the United States Trustee will also accept your objections / comments. The court will also consider timely filed objections by any party in interest at the time of the hearing. Please contact this office should you have any questions.

Yours truly,

*Nancy Weng*

Nancy Weng, Esq.
Attorneys for Debtor-in-Possession