| | |
|---|---|
| 1 | Gregg S. Kleiner, State Bar No. 141311 |
| 2 | RINCON LAW LLP<br>268 Bush Street, Suite 3335 |
| 3 | San Francisco, CA 94104<br>Telephone No.: 415-672-5991 |
| 4 | Facsimile No.: 415-680-1712 |
| 5 | Email: gkleiner@rinconlawllp.com |
| 6 | Counsel for FRED HJELMESET,<br>Trustee in Bankruptcy |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

VINH NGUYEN
    *aka* VINCE NGUYEN,

    Debtor.

Case No. 22-50907 MEH
Chapter 7

**TRUSTEE'S COMMENTS REGARDING APPLICATION FOR COMPENSATION FILED BY CHAPTER 13 COUNSEL**

Date: April 20, 2023
Time: 10:00 a.m.
Place: 280 South First Street,
      San Jose, CA 95113
      Hon. M. Elaine Hammond,
      Courtroom 11
      Or Via Zoom Videoconference

      Fred Hjelmeset, the duly appointed and acting Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Vinh Nguyen, files the following comments to the "Application for Compensation" filed by Debtor's Chapter 13 counsel, Farsad Law Office, P.C. ("Counsel") [Docket 186]. The Trustee is somewhat hamstrung in his review and in making comments with regard to the application filed by Counsel, as he was not a party to the case at the time the fees and costs were incurred.

/ / /

/ / /

To the extent that the Bankruptcy Court grants some or all of the fees requested by Counsel, the Trustee requests that the order approving the fees and costs include a provision that makes it clear that the fee award shall be paid as an allowed Chapter 13 priority administrative claim.

DATED: March 31, 2023  RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for FRED HJELMESET,
Trustee in Bankruptcy