

Arasto Farsad, Esq. (SBN # 273118)
Nancy Weng, Esq. (SBN # 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda Suite 525
San Jose CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses:
farsadlaw1@gmail.com;
nancy@farsadlaw.com

The following constitutes the order of the Court.
Signed: April 21, 2023

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>VINH NGUYEN,<br><br>  Debtor. | Case No. 22-50907 MEH<br>Chapter 7<br><br>**ORDER APPROVING APPLICATION FOR COMPENSATION**<br><br>Date: April 20, 2023<br>Time: 10:00 a.m.<br>Place: U.S. Courthouse, 280 South 1st Street, Courtroom 11, San Jose CA 95113<br><br>**Before: Hon. M. Elaine Hammond** |

    The Application for Compensation ("Application") filed by Farsad Law Office, P.C. ("Firm") was set for hearing on April 20, 2023 at 10:00 am. Appearances were noted on the record. The Court has reviewed the Firm's Application, finds that notice was proper, the Application was also proper in form and substance, and that the fees and costs requested were reasonable. It is therefore ORDERED that:

    1. Attorney's fees in the final amount of $24,570.00 and total expenses of $450.00 are hereby APPROVED;

2. Therefore, the total fee amount of $25,020.00 shall be paid as an allowed Chapter 13 priority claim following the hearing on the Chapter 7 Trustee's Final Report.

**END OF ORDER**

COURT SERVICE LIST
***All CM / ECF Registrants***