Entered on Docket
May 15, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Gregory S. Powell, Assistant United States Trustee
State Bar No. CA 182199
Jared A. Day, Trial Attorney
State Bar No. CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
280 South First Street, Room 268
San Jose, CA 95113
Telephone: (408) 535-5526
E-mail: *jared.a.day@usdoj.gov*

Attorneys for United States Trustee
Tracy Hope Davis

**The following constitutes the order of the Court.**
**Signed: May 15, 2023**

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No: 22-50907 MEH |
| VINH NGUYEN, | ) | Chapter 7 |
| Debtor(s). | ) | |

**ORDER EXTENDING TIME**

The Court having reviewed the Stipulation to Enlarge Time Periods for the United States Trustee to File a Motion to Dismiss under 11 U.S.C. § 707(b)(3) and/or a Complaint to Deny Discharge Under 11 U.S.C. § 727 to June 13, 2023 [Dkt. #199], between the United States Trustee ("UST") and the Debtor Vince Nguyen ("Debtor"), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved;

IT IS HEREBY FURTHER ORDERED that the time period for the UST to file a motion to dismiss under 11 U.S.C. § 707(b)(3) is extended to and including June 13, 2023; and

1

IT IS HEREBY FURTHER ORDERED that the time period for the UST to file a complaint to deny discharge under 11 U.S.C. § 727 is extended to and including June 13, 2023.

Approved as to Form

By: */s/ Arasto Farsad*
    Arasto Farsad
    Attorney for the Debtor

**\*\* END OF ORDER \*\***

# COURT SERVICE LIST

ECF Participants