FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:
NGUYEN, VINH,

Debtor.

Case No. 22-50907 MEH

Chapter 7

## TRUSTEE'S REPORT OF SALE

COMES NOW, Fred Hjelmeset, trustee of the above-stated bankruptcy estate, and reports that pursuant to the order of this Court, Doc#202, authorizing the Trustee to enter into the Agreement Resolving Litigation Claims and Appeal with Peter Pau, individually and dba Sand Hill Property Company, Sand Hill Property Management, LLC, and Vallco Property Owner, LLC, the terms of which are described in detail in the motion for authority to enter into the Agreement, filed herein as Doc#194, the sale is completed. The estate received the amount of $25,000 and submitted the amount of $5,000 to the Michael Rooney Law Office to satisfy its lien.

The net amount retained by the estate is **$20,000.00**.

DATED: This 31st day of July, 2023.

/s/ Fred Hjelmeset
Fred Hjelmeset, Chapter 7 Trustee