KOKJER, PIEROTTI, MAIOCCO
& DUCK LLP
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Accountants for Trustee,
FRED HJELMESET

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re VINH NGUYEN aka ) Case No. 22-50907 MEH
     VINCE NGUYEN ) Chapter 7
                                                           )
         Debtor. )
_____ )

APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR TRUSTEE

TO: THE HONORABLE JUDGES OF THE UNITED STATES BANKRUPTCY COURT.

The application of Richard Pierotti, Certified Public Accountant respectfully represents:

Applicant is a partnership of certified public accountants, duly authorized to practice in the State of California.

Pursuant to order of the Court, Applicant was employed as accountant for Fred Hjelmeset, Trustee, in the above-entitled case. A copy of the court's order is attached.

This application seeks compensation for the period December 15, 2022 through August 3, 2023. Applicant has neither requested nor received any prior compensation nor reimbursement in the case.

1

## REQUEST FOR COMPENSATION

Applicant has spent 9.40 total hours of the time of accountants and associate employees performing the services set forth herein and as itemized on the detailed summary of time and services provided on the attached pages for the 8 month period from December 15, 2022 through August 3, 2023. Applicant spent a total of 0.30 hour in the preparation of this fee application which resulted in related fees of $148.50. These fees reflect 3.19 percent of the total fees requested.

Applicant respectfully submits that the sum of $4,653.00 in fees and $84.25 in expenses constitutes reasonable compensation for his services rendered to the Trustee during this period of time, based on Applicant's generally applicable rates at the time services were rendered. Applicant requests that this sum be authorized for payment in full at this time. A summary of the employment history of applicant's principals and employees rendering service on this case is attached.

Any conference time billed to the estate was not for the training or the educating of Applicant's staff. Applicant represents that any conference time billed to the estate for meetings, discussions, or consultations between one or more professionals was, in Applicant's judgement, the most economic, efficient and effective method of administering its duties. Applicant further represents that it rendered timely, extensive and thorough services in accordance with the requirements of the case to enable prompt administration.

No agreement has been made by any member of Applicant's firm, or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees prayed for with any other person or persons except as among the principals of Applicant. Applicant has not entered into any agreements, written or oral, expressed or implied, with any other party in interest in the above-entitled case for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the

2

Case: 22-50907    Doc# 212    Filed: 08/03/23    Entered: 08/03/23 16:55:29    Page 2 of 17

estate of the above-named Debtor.

## CERTIFICATION

I, declare as follows:

1. That I am a partner of Kokjer, Pierotti, Maiocco & Duck LLP, accountants for Fred Hjelmeset, the Trustee in the above Chapter 7 proceeding.

2. That I am familiar with and have read the above application and the facts therein are true to my knowledge and belief. The copies of the billing statements are true and correct copies of the Firm's billing statements for this case.

3. That the firm has not been paid or promised any compensation from any other source for services rendered in connection with this case.

4. That the firm has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

5. That to the best of my knowledge, information and belief, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California, except to the extent set forth in the application.

6. That this application is submitted in accordance with Guideline No. 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

7. That the compensation and expenses sought herein were billed at rates no less favorable

3

than those customarily billed by applicant and generally accepted by the applicant's clients. All non-copy expenses are billed at actual cost.  Copies are billed at 20 cents per page.

I declare under penalty of perjury that the foregoing is true and correct and that this certification was executed this 3rd day of August, 2023, at San Francisco, California.

KOKJER, PIEROTTI, MAIOCCO & DUCK LLP

By: /s/ Richard Pierotti
Accountant for Fred Hjelmeset, Trustee

4

## DESCRIPTION OF SERVICES

Attached hereto as Exhibit A is a detailed statement of Applicant's accounting services on behalf of the Trustee during the period of this application. The following narrative description is not intended to be all-inclusive, but reflects only the major points of the representation.

Applicant was engaged to render general accounting services to the Trustee and with the specific task of helping the Trustee comply with the taxing authorities. To achieve this, Applicant reviewed the bankruptcy schedules and statement of financial affairs for case orientation and drafted employment documents. The primary assets of the estate were proceeds from the sale of an undivided interest in real estate, the collection of accounts receivable and proceeds from a litigation settlement. At the request of the Trustee, Applicant prepared multiple amortization schedules regarding secured debt on the real property.

Federal and California income tax returns were prepared for the 2022 fiscal tax year. Disclosure notes were drafted for the income tax returns. Applications for Prompt Determination were prepared for the tax returns pursuant to Bankruptcy Code Section 505(b)(2).

5

# DECLARATION

I, Richard Pierotti, declare:

1. I am a partner of Kokjer, Pierotti, Maiocco & Duck LLP, accountants for Fred Hjelmeset, the Trustee in the above Chapter 7 proceeding.

2. I have prepared the final application for compensation for Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, and I declare that the information therein is true and correct, and is based upon my personal knowledge of the case.

3. I have sent the Trustee a copy of this Fee Application at least 21 days prior to the hearing.

I declare under penalty of perjury that the foregoing is true and correct, and that if called as a witness I could competently testify thereto.

Executed this 3rd day of August, 2023, in the City and County of San Francisco, State of California.

## CONCLUSION

WHEREFORE, Applicant prays that hearing be held on notice to creditors, and that the Court allow and authorize payment to Applicant the sum of $4,653.00 in fees and $84.25 in expenses as compensation for services rendered to the Trustee, and for such further and other order as may be just and proper in the premises.

Dated: August 3, 2023

KOKJER, PIEROTTI, MAIOCCO & DUCK LLP

By: /s/ Richard Pierotti
Accountant for Fred Hjelmeset, Trustee

TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION
(U.S. Trustee Guidelines, paragraph 2.2.2)

I, Fred Hjelmeset, Trustee, hereby certify that I have read the foregoing fee application of Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, accountant's for me as Trustee in the foregoing bankruptcy case of Vinh Nguyen aka Vince Nguyen, and I have no objections to that fee application or the fees and costs requested therein.

Dated: August 3, 2023  /s/ Fred Hjelmeset
Fred Hjelmeset, Trustee

8



KOKJER, PIEROTTI, MAIOCCO
& DUCK LLP
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Accountants for Trustee,
FRED HJELMESET

The following constitutes the order of the Court.
Signed: January 12, 2023

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VINH NGUYEN aka VINCE NGUYEN<br><br>Debtor.<br>_____ | Case No. 22-50907 MEH<br>Chapter 7<br><br>[Hearing Not Required] |

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

**Kokjer, Pierotti, Maiocco & Duck LLP,**
**Certified Public Accountants**

Upon the Application of Fred Hjelmeset, Trustee in Bankruptcy, and it appearing that Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, are well-qualified to perform accounting services required by the Trustee in this Chapter 7 case, that employment of proposed accountants will be in the best interest of the estate, that proposed accountants represent no interest adverse to the estate, and that notice and a hearing are not necessary in connection with the Application; it is

ORDERED that the Trustee be, and hereby is, authorized to employ Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public Accountants, as his accountant herein to prepare and file tax returns; to prepare tax projections and tax analysis, if necessary; to analyze tax claims filed in the case; to analyze the tax impact of potential transactions; to analyze as to avoidance issues, if necessary; to testify as to avoidance issues, if necessary; to prepare a solvency analysis, if necessary; to prepare wage

1

| | |
|---|---|
| 1 | claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general |
| 2 | accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate |
| 3 | at a fee subject to court approval. The Court's Guidelines for Compensation and Reimbursement will |
| 4 | apply. |
| 5 | IT IS FURTHER ORDERED that Kokjer, Pierotti, Maiocco & Duck LLP, Certified Public |
| 6 | Accountants and professionally licensed principals and employees of the firm be empowered to act, for |
| 7 | and on behalf of the trustee and/or the estate, to represent them before any taxing authority including the |
| 8 | Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, |
| 9 | to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the |
| 10 | trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise |
| 11 | during the administration of the estate. |

**END OF ORDER**

2

COURT SERVICE LIST

ECF Registered Participants

BANKRUPTCY ESTATE OF VINH NGUYEN aka VINCE NGUYEN 22-50907 MEH

Summary of Professionals/Para-Professionals Qualifications Employed By Applicant

**Richard Pierotti, Certified Public Accountant, Certified Insolvency & Restructuring Advisor, Certified in Financial Forensics, Partner**

<u>Employment History</u>

Kokjer, Pierotti, Maiocco, & Duck LLP
Certified Public Accountants
   Position:   Partner
   Dates:     January, 1998 to Present

Bailey, Kokjer & Berry
Certified Public Accountants
   Position:   Partner
   Dates:     February, 1987 to December, 1997

Bailey, Kokjer & Berry
Certified Public Accountants
   Position:   Senior Staff Accountant
   Dates:     September, 1984 to January, 1987

**EXHIBIT A**

**BANKRUPTCY ESTATE OF VINH NGUYEN aka VINCE NGUYEN**
**22-50907 MEH**

1

August 3, 2023                                                                                                          Invoice #  8520

**Professional TIME SUMMARY**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Richard L. Pierotti | 9.40 | 495.00 | $4,653.00 |

| | |
|---|---|
| **Total Fees** | $4,653.00 |
| **Total Expenses** | $84.25 |
| **GRAND TOTAL** | $4,737.25 |

# BANKRUPTCY ESTATE OF VINH NGUYEN aka VINCE NGUYEN
## 22-50907 MEH

August 3, 2023             Invoice # 8520

**Professional Fees**

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| | Richard L. Pierotti | | |
| 12/15/2022 | Review schedules and SOFA for case orientation(.40); draft employment documents(.40) | 0.80 495.00/hr | 396.00 |
| | Conference with Trustee's attorney regarding tax issues related to potential settlement related to real property(.30); follow-up email to Trustee and Trustee's attorney(.10). | 0.40 495.00/hr | 198.00 |
| | Prepare amortization schedule for secured note payable(.30); email schedule to Trustee and Trustee's attorney(.10). | 0.40 495.00/hr | 198.00 |
| 12/16/2022 | Review Debtor's 2021 tax returns for tax attributes available to the bankruptcy estate(.20). Email to Trustee regarding 2021 tax returns(.10). Research income tax basis, review documents and estimate tax implications of $300k settlement related to real property(.80). Email to Trustee and Trustee's attorney regarding tax projection(.10). | 1.20 495.00/hr | 594.00 |
| 12/19/2022 | Review documents and emails and prepare revised note payable amortization schedule(.60); email schedule to Trustee and Trustee's attorney(.10). | 0.70 495.00/hr | 346.50 |
| 1/4/2023 | Prepare two revised amortization schedules related to $215k note payable(.70); email schedules to Trustee's attorney(.10). | 0.80 495.00/hr | 396.00 |
| 8/1/2023 | Review court documents and segregate receipts and disbursements into tax reporting categories(.70). Preparation of 2022 fiscal year Federal and California income tax returns for the estate(4.10). | 4.80 495.00/hr | 2,376.00 |
| | Preparation of fee application | 0.30 495.00/hr | 148.50 |
| | Subtotal: | 9.40 | 4,653.00 |
| | **Total Fees:** | **9.40** | **$4,653.00** |

**EXHIBIT A**

**BANKRUPTCY ESTATE OF VINH NGUYEN aka VINCE NGUYEN**
**22-50907 MEH**

3

August 3, 2023                                                                                       Invoice #  8520

**Additional Costs**

|  |  | **Amount** |
|---|---|---:|
| | <u>Expenses</u> | |
| 8/3/2023 | Case Expenses (See details following page). | 84.25 |
| | Subtotal: | 84.25 |
| | **Total expenses:** | **$84.25** |
| | **Total amount of this bill:** | **$4,737.25** |
| | **Total amount due:** | **$4,737.25** |

| DATE | | COPIES | (AT COST) POSTAGE | FEES & OTHER | INITIAL |
|---|---|---|---|---|---|
| CASE NAME: VINH NGUYEN aka VINCE NGUYEN 22-50907 MEH | | | | | |
| 12/16/22 | Mail employment documents to US Trustee | | $1.68 | | |
| | | | | | |
| | **Mailing Tax Returns to Trustee for signatures** | | | | |
| 8/3/23 | 2022 | | $18.70 | | |
| | | | | | |
| | **Mailing Tax Returns to IRS, FTB & Special Procedures** | | | | |
| 9/9/99 | 2022 | | $30.87 | | |
| | Copies from Machine Counter | 165 | | | |
| | **Total Copies** | 165 | | | |
| | x | $0.20 | | | |
| | **Sub-Total** | $33.00 | $51.25 | | |
| | **SUMMARY** | | | | |
| | Copies | | $33.00 | | |
| | Postage at actual cost | | $51.25 | | |
| | Fees & Other | | | | |
| | **GRAND TOTAL** | | $84.25 | | |

# KOKJER, PIEROTTI, MAIOCCO & DUCK LLP

CERTIFIED PUBLIC ACCOUNTANTS

RALPH L. KOKJER, JR. (1912-2009)　333 PINE STREET, 5TH FLOOR　　　　　　MEMBERS
RICHARD L. PIEROTTI, JR.　　　　　　SAN FRANCISCO, CA 94104　　　　AMERICAN INSTITUTE
FRANK J. MAIOCCO (1932-2018)　　　　PHONE (415) 981-4224　　　CERTIFIED PUBLIC ACCOUNTANTS
CHARLES DUCK, JR.　　　　　　　　　　FAX (415) 981-2749

August 3, 2023

Fred Hjelmeset, Trustee
P.O. Box 4188
Mountain View, CA 94040

Re: Vinh Nguyen aka Vince Nguyen
Case Number: 22-50907 MEH

Dear Fred,

Attached please find our Application for Compensation in the Vinh Nguyen aka Vince Nguyen, case. Our fees are $4,653.00 and expenses are $84.25. The application period is December 15, 2022 through August 3, 2023.

The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing.

If you do not have any questions or comments, please sign the Trustee's Statement on page 8 and email it back to me. Thank you for getting us involved in the case.

Sincerely,

/s/ Richard Pierotti

Richard Pierotti
Kokjer, Pierotti, Maiocco & Duck LLP


Enclosure