**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re: NGUYEN, VINH § Case No. 22-50907
§
§
§
Debtor(s)

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 10/04/2022. The case was converted to one under Chapter 7 on 12/09/2022. The undersigned trustee was appointed on 12/09/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $    851,554.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 515,000.00 |
| Administrative expenses | 38,306.15 |
| Bank service fees | 3,969.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 294,277.90 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/19/2023 and the deadline for filing governmental claims was 06/07/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $45,827.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $45,827.70, for a total compensation of $45,827.70[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $85.36 for total expenses of $85.36[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2023          By: /s/ Fred Hjelmeset
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 22-50907  
Case Name: NGUYEN, VINH  
For Period Ending: 09/22/2023

Trustee Name: (001090) Fred Hjelmeset  
Date Filed (f) or Converted (c): 12/09/2022 (c)  
§ 341(a) Meeting Date: 01/12/2023  
Claims Bar Date: 03/19/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12329 Kosich Place, Saratoga, CA<br>10% ownership in real property; Global settlement reached between the estate, the Debtor, the lienholder Paul Nguyen, and the 90% owner Empire Investments, LLC; Pursuant to the settlement agreement the exemption, originally claimed in the amount of $33,461, was waived; Order authorizing the settlement agreement, Doc#166; Report of Transaction, Doc#174 | 300,000.00 | 300,000.00 | | 810,000.00 | FA |
| 2 | 1998 Mercedes E20 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 cell phones, laptop | 2,200.00 | 0.00 | | 0.00 | FA |
| 5 | Used clothing | 900.00 | 0.00 | | 0.00 | FA |
| 6 | wedding ring | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Wells Fargo Checking account no.xxx006 | 637.00 | 0.00 | | 0.00 | FA |
| 9 | Wells Fargo Client Trust Account IOLTA<br>Originally scheduled at $500; Not listed in Second Amended Schedules A/B; Doc#172 and subsequent amended schedules | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Comerica Bank Business checking account no. xxx5469 (u)<br>First disclosed in First Amended Sch. A/B, Doc#80; First claimed exempt in Third Amended Schedule C; Doc#185; Also listed as Asset No. 21 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Newton Law Group Nominal value for goodwill | 1.00 | 0.00 | | 0.00 | FA |
| 12 | Self-employed-property management Nominal value for goodwill | 1.00 | 0.00 | | 0.00 | FA |
| 13 | BRE and California Bar License Non-fungible | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Prudential Whole life insurance<br>New value in Second Amended Schedules A/B; Doc#172; originally listed at $40,000; new exemption amount in Third Amended Schedule C; Doc#185 | 43,962.00 | 0.00 | | 0.00 | FA |
| 15 | Vinh Nguyen v. Peter Pau, et al. Unlimited civil suit Case No. 16CV302578 (on appeal)<br>First Amended Sch. A/B, Doc#80; originally mischaracterized as "Paul Nguyen and Chase Merritt Unlimited civil suit"; Order authorizing agreement re litigation claims and appeal, Doc#202; Report of Sale, Doc#210 | 0.00 | 5,000.00 | | 25,000.00 | FA |
| 16 | Nondisclosed account receivable (u)<br>Ordered disclosed in Order granting section 521 application re turnover, Doc#178; First listed in Third Amended Schedules A/B; Doc#185, as "Law office business income"; non-exempt amount turned over in full | 19,000.00 | 16,490.00 | | 16,490.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A  
Page: 2

Case No.: 22-50907  
Case Name: NGUYEN, VINH  
For Period Ending: 09/22/2023

Trustee Name: (001090) Fred Hjelmeset  
Date Filed (f) or Converted (c): 12/09/2022 (c)  
§ 341(a) Meeting Date: 01/12/2023  
Claims Bar Date: 03/19/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Collateral account for credit card; CEF Credit Union (u)<br>First disclosed in Second Amended Schedules A/B; Doc#172; Exemption increased in Third Amended Schedule C; Doc#185 | 1,500.00 | 0.00 | | 0.00 | FA |
| 18 | Spouse's former business First Financial Lender Services (u)<br>First disclosed in Second Amended Schedules A/B; Doc#172 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Empire Investments et al. v. Paul Kim Phong Nguyen et al.; Case No. 21CV379828 (u)<br>First disclosed in Second Amended Schedules A/B; Doc#172 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Teri Nguyen & Vinh Nguyen v. Paul Kim Phong Nguyen et al.; Case No. 22CV398824 (u)<br>First disclosed in Second Amended Schedules A/B; Doc#172 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Comerica Bank Business checking account no. xxx5469 (u)<br>Also listed as Deposit of Money as Asset No. 10; Listed a second time, as account receivable, in Second Amended Schedules A/B; Doc#172; Debtor testified at MOC on 3/24/23 that Asset No. 10 is the bank account, and that this asset (21) is a deposit for a credit card; First claimed exempt in Third Amended Schedule C; Doc#185 | 500.00 | 64.00 | | 64.00 | FA |
| 22 | Metropolitan Life Ins Co spouse's policy; cancelled (u)<br>First disclosed in Second Amended Schedules A/B; Doc#172 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets Totals (Excluding unknown values)** | **$375,151.00** | **$321,554.00** | | **$851,554.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/12/23 UST Statement re no abuse, Doc#206  
5/24/23 Order authorizing agreement re litigation claims and appeal, Doc#202  
5/15/23 Stipulation to extend deadline for UST to 6/13/23, Doc#199  
5/1/23 UST Statement of presumed abuse, Doc#197  
3/13/23 Order extending deadline for UST to file 707(b)(3) motion and to file 727 complaint to deny discharge, Doc#181  
3/9/23 Order approving motion to compel, Doc#178  
3/2/23 Hearing on motion to compel set for 3/9/23, Doc#177  
2/9/23 Hearing vacated, Order authorizing the settlement agreement, Doc#166  
2/6/23 Hearing on motion re settlement set for 2/16/23  
1/13/23 Order authorizing employment of accountant, Doc#150  
12/13/22 Order authorizing employment of counsel, Doc#126  
12/9/22 Investigate assets

Initial Projected Date Of Final Report (TFR): 03/20/2024   Current Projected Date Of Final Report (TFR): 08/10/2023 (Actual)

Case: 22-50907   Doc# 219   Filed: 09/28/23   Entered: 09/28/23 16:41:21   Page 4 of 15

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

**Case No.:** 22-50907  
**Case Name:** NGUYEN, VINH

**Trustee Name:** (001090) Fred Hjelmeset  
**Date Filed (f) or Converted (c):** 12/09/2022 (c)  
**§ 341(a) Meeting Date:** 01/12/2023  

**For Period Ending:** 09/22/2023

**Claims Bar Date:** 03/19/2023

| 09/22/2023 | /s/Fred Hjelmeset |
|---|---|
| Date | Fred Hjelmeset |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 22-50907 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | NGUYEN, VINH | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***3278 | Account #: | ******1326 Checking |
| For Period Ending: | 09/22/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/17/23 | {1} | Justin Nguyen | INCOMING WIRE FROM JUSTIN V NG UYEN 62921452 | 1110-000 | 150,000.00 | | 150,000.00 |
| 01/17/23 | {1} | Empire Investments | INCOMING WIRE FROM EMPIRE INVE STMENTS LLC 6292423 6 | 1110-000 | 60,000.00 | | 210,000.00 |
| 01/18/23 | {1} | Justin Nguyen | INCOMING WIRE FROM JUSTIN V NG UYEN 62960931 | 1110-000 | 600,000.00 | | 810,000.00 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 573.77 | 809,426.23 |
| 02/09/23 | 101 | Paul Nguyen | Payment pursuant to Court Order, Doc#166 | 4110-000 | | 510,000.00 | 299,426.23 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 802.11 | 298,624.12 |
| 03/20/23 | | Justin V Nguyen | INCOMING WIRE FROM JUSTIN V NGUYEN | | 4,121.75 | | 302,745.87 |
| | {16} | | Payment #1 on Asset #16 Nondisclosed account receivable $4,121.75 | 1221-000 | | | |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 496.99 | 302,248.88 |
| 04/25/23 | | Justin V. Nguyen | INCOMING WIRE FROM JUSTIN V NGUYEN 65319702 | | 4,121.75 | | 306,370.63 |
| | {16} | | Payment #2 on Asset #16 Nondisclosed account receivable $4,121.75 | 1221-000 | | | |
| 04/28/23 | {15} | Vallco Property Owner, LLC | INCOMING WIRE FROM VALLCO PROPERTY OWNER, LLC 654 17084 | 1149-000 | 25,000.00 | | 331,370.63 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 452.79 | 330,917.84 |
| 05/15/23 | {21} | Newton Law Group | Nonexempt equity in deposit | 1229-000 | 64.00 | | 330,981.84 |
| 05/18/23 | | Justin V Nguyen | INCOMING WIRE FROM JUSTIN V NGUYEN | | 4,121.75 | | 335,103.59 |
| | {16} | | Payment #3 on Asset #16 Nondisclosed account receivable $4,121.75 | 1221-000 | | | |
| 05/31/23 | 102 | Michael Ronney Law Office | Check voided because name was misspelled - Payment of lien pursuant to Court Order, Doc#202 Voided on 05/31/2023 | 4210-000 | | 5,000.00 | 330,103.59 |
| 05/31/23 | 102 | Michael Ronney Law Office | Check voided because name was misspelled - Payment of lien pursuant to Court Order, Doc#202 Voided: check issued on 05/31/2023 | 4210-000 | | -5,000.00 | 335,103.59 |
| 05/31/23 | 103 | Michael Rooney Law Office | Payment of lien pursuant to Court Order, Doc#202 Stopped on 06/28/2023 | 4210-000 | | 5,000.00 | 330,103.59 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 586.32 | 329,517.27 |
| 06/15/23 | | Justin Nguyen | Payment #4 on Asset #16 Nondisclosed account receivable | | 4,124.75 | | 333,642.02 |
| | {16} | | Payment #4 on Asset #16 Nondisclosed account receivable $4,124.75 | 1221-000 | | | |

Page Subtotals: $851,554.00   $517,911.98

Case: 22-50907   Doc# 219   Filed: 09/28/23   Entered: 09/28/23 16:41:21   Page 6 of 15

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 22-50907 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | NGUYEN, VINH | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***3278 | Account #: | ******1326 Checking |
| For Period Ending: | 09/22/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/28/23 | 103 | Michael Rooney Law Office | Payment of lien pursuant to Court Order, Doc#202 Stopped: check issued on 05/31/2023 | 4210-000 | | -5,000.00 | 338,642.02 |
| 06/28/23 | 104 | Michael Rooney Law Office, P.C. | Replacing check no. 103: Payment of lien pursuant to Court Order, Doc#202 | 4210-000 | | 5,000.00 | 333,642.02 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 539.22 | 333,102.80 |
| 07/28/23 | 105 | Rincon Law LLP | Compensation paid pursuant to Court Order, Doc#209 | 3210-000 | | 38,218.00 | 294,884.80 |
| 07/28/23 | 106 | Rincon Law LLP | Expense reimbursement paid pursuant to Court Order, Doc#209 | 3220-000 | | 88.15 | 294,796.65 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 518.75 | 294,277.90 |
| | | | COLUMN TOTALS | | 851,554.00 | 557,276.10 | $294,277.90 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 851,554.00 | 557,276.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $851,554.00 | $557,276.10 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Case: 22-50907   Doc# 219   Filed: 09/28/23   Entered: 09/28/23 16:41:21   Page 7 of 15

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 22-50907 | **Trustee Name:** | Fred Hjelmeset (001090) |
| **Case Name:** | NGUYEN, VINH | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***3278 | **Account #:** | ******1326 Checking |
| **For Period Ending:** | 09/22/2023 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $851,554.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $851,554.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1326 Checking | $851,554.00 | $557,276.10 | $294,277.90 |
| | **$851,554.00** | **$557,276.10** | **$294,277.90** |

09/22/2023
Date

/s/Fred Hjelmeset
Fred Hjelmeset

# Exhibit C
# Claims Distribution Register

### Case: 22-50907 VINH NGUYEN

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | **Admin Ch. 7 Claims:** | | | | | |
| | 08/03/23 | 200 | Kokjer Pierotti Maiocco & Duck LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104<br><3410-00 Accountant for Trustee Fees (Other Firm)><br>Final Application for Compensation, Doc#212 | $ 4,653.00 | $ 4,653.00 | $ 0.00 | $ 4,653.00 | $ 4,653.00 |
| | 08/03/23 | 200 | Kokjer Pierotti Maiocco & Duck LLP<br>333 Pine Street, 5th Floor<br>San Francisco, CA 94104<br><3992-00 Other Professional's Expenses><br>Final Application for Compensation, Doc#212 | $ 84.25 | $ 84.25 | $ 0.00 | $ 84.25 | $ 84.25 |
| | 06/06/23 | 200 | Rincon Law LLP<br>268 Bush Street, Suite 3335<br>San Francisco, CA 94104<br><3210-00 Attorney for Trustee Fees (Other Firm)><br>First Interim application for compensation and expense reimbursement, Doc#203; Order Approving Application, Doc#209 | $ 38,218.00 | $ 38,218.00 | $ 38,218.00 | $ 0.00 | $ 0.00 |
| | 06/06/23 | 200 | Rincon Law LLP<br>268 Bush Street, Suite 3335<br>San Francisco, CA 94104<br><3220-00 Attorney for Trustee Expenses (Other Firm) ><br>First Interim application for compensation and expense reimbursement, Doc#203; Order Approving Application, Doc#209 | $ 88.15 | $ 88.15 | $ 88.15 | $ 0.00 | $ 0.00 |
| | 08/03/23 | 200 | Rincon Law LLP<br>268 Bush Street, Suite 3335<br>San Francisco, CA 94104<br><3220-00 Attorney for Trustee Expenses (Other Firm) ><br>Second and final application for compensation, Doc#211 | $ 20.72 | $ 20.72 | $ 0.00 | $ 20.72 | $ 20.72 |
| | 08/03/23 | 200 | Rincon Law LLP<br>268 Bush Street, Suite 3335<br>San Francisco, CA 94104<br><3210-00 Attorney for Trustee Fees (Other Firm)><br>Second and final application for compensation, Doc#211 | $ 714.00 | $ 714.00 | $ 0.00 | $ 714.00 | $ 714.00 |
| | 06/15/23 | 200 | Fred Hjelmeset<br>P.O. Box 4188<br>Mountain View, CA 94040<br><2100-00 Trustee Compensation> | $ 45,827.70 | $ 45,827.70 | $ 0.00 | $ 45,827.70 | $ 45,827.70 |
| | 08/10/23 | 200 | Fred Hjelmeset<br>P.O. Box 4188<br>Mountain View, CA 94040<br><2200-00 Trustee Expenses> | $ 85.36 | $ 85.36 | $ 0.00 | $ 85.36 | $ 85.36 |
| | | | Total for Priority 200:   100% Paid | $ 89,691.18 | $ 89,691.18 | $ 38,306.15 | $ 51,385.03 | $ 51,385.03 |
| | | | Total for Admin Ch. 7 Claims: | $ 89,691.18 | $ 89,691.18 | $ 38,306.15 | $ 51,385.03 | $ 51,385.03 |

# Exhibit C
# Claims Distribution Register

**Case: 22-50907 VINH NGUYEN**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 11 Claims:** | | | | | | | | |
| | 04/26/23 | 300 | Farsad Law Office, P.C.<br>1625 The Alameda Suite 525<br>San Jose, CA 95126<br><6700-00 Other Prior Chapter Professional's Fees><br>Order Approving Application for Compensation, Doc#192 | $ 24,570.00 | $ 24,570.00 | $ 0.00 | $ 24,570.00 | $ 24,570.00 |
| | 04/26/23 | 300 | Farsad Law Office, P.C.<br>1625 The Alameda Suite 525<br>San Jose, CA 95126<br><6710-00 Other Prior Chapter Professional's Expenses><br>Order Approving Application for Compensation, Doc#192 | $ 450.00 | $ 450.00 | $ 0.00 | $ 450.00 | $ 450.00 |
| | | | Total for Priority 300:   100% Paid | $ 25,020.00 | $ 25,020.00 | $ 0.00 | $ 25,020.00 | $ 25,020.00 |
| | | | Total for Admin Ch. 11 Claims: | $ 25,020.00 | $ 25,020.00 | $ 0.00 | $ 25,020.00 | $ 25,020.00 |
| **Secured Claims:** | | | | | | | | |
| 3 | 10/31/22 | 100 | Paul Nguyen<br>9353 Bolsa Ave. #F8<br>Westminster, CA 92683<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>Claim deemed withdrawn as part of settlement, after payment of $510,000, pursuant to Court Order, Doc#166; terms of agreement at Doc#151 | $ 0.00 | $ 510,000.00 | $ 510,000.00 | $ 0.00 | $ 0.00 |
| 4 | 10/31/22 | 100 | Paul Nguyen<br>9353 Bolsa Ave. #F8<br>Westminster, CA 92683<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>Claim deemed withdrawn as part of settlement, pursuant to Court Order, Doc#166; terms of agreement at Doc#151 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100:   100% Paid | $ 0.00 | $ 510,000.00 | $ 510,000.00 | $ 0.00 | $ 0.00 |
| | | | Total for Secured Claims: | $ 0.00 | $ 510,000.00 | $ 510,000.00 | $ 0.00 | $ 0.00 |
| **Priority Claims:** | | | | | | | | |
| 1-2P | 10/26/22 | 570 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00 Claims of Governmental Units - § 507(a)(8)><br>Amended 12/1/22 | $ 2,380.05 | $ 2,380.05 | $ 0.00 | $ 2,380.05 | $ 2,380.05 |
| 7P | 12/21/22 | 570 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 149.09 | $ 149.09 | $ 0.00 | $ 149.09 | $ 149.09 |
| | | | Total for Priority 570:   100% Paid | $ 2,529.14 | $ 2,529.14 | $ 0.00 | $ 2,529.14 | $ 2,529.14 |

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | Total for Priority Claims: | $ 2,529.14 | $ 2,529.14 | $ 0.00 | $ 2,529.14 | $ 2,529.14 |

**Unsecured Claims:**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 2-2 | 10/27/22 | 610 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850<br><7100-00 General Unsecured - § 726(a)(2)><br>Amended 11/11/22 | $ 8,185.84 | $ 8,185.84 | $ 0.00 | $ 8,185.84 | $ 709.48 |
| 5-2 | 11/21/22 | 610 | First Century Plaza, LLC<br>c/o Niesar & Vestal LLP<br>90 New Montgomery Street, 9th Floor<br>San Francisco, CA 94105<br><7100-00 General Unsecured - § 726(a)(2)><br>Amended 2/17/23 | $ 2,015,682.10 | $ 2,015,682.10 | $ 0.00 | $ 2,015,682.10 | $ 174,702.68 |
| 6 | 12/06/22 | 610 | Citibank, N.A.<br>6716 Grade Ln Big 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-00 General Unsecured - § 726(a)(2)> | $ 342.52 | $ 342.52 | $ 0.00 | $ 342.52 | $ 29.69 |
| 8 | 01/04/23 | 610 | Empire Investments, LLC<br>1314 Lincoln Avenue, Ste 2E<br>San Jose, CA 95125<br><7100-00 General Unsecured - § 726(a)(2)> | $ 300,000.00 | $ 300,000.00 | $ 0.00 | $ 300,000.00 | $ 26,001.52 |
| 9 | 03/13/23 | 610 | Julie Cliff<br>c/o Richard Abdalah, Esq.<br>300 Harding Blvd., Suite 203 H<br>Roseville, CA 95678<br><7100-00 General Unsecured - § 726(a)(2)> | $ 160,379.44 | $ 160,379.44 | $ 0.00 | $ 160,379.44 | $ 13,900.36 |
| 10 | 03/14/23 | 610 | Peter Pau, Individually and dba Sand Hill<br>c/o Ronald R. Rossi, Esq.<br>1960 The Alameda, Suite 200<br>San Jose, CA 95126<br><7100-00 General Unsecured - § 726(a)(2)><br>Claim released as part of agreement, authorized per Court Order, Doc#202 | $ 41,746.34 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 610:    8.66717% Paid | $ 2,526,336.24 | $ 2,484,589.90 | $ 0.00 | $ 2,484,589.90 | $ 215,343.73 |
| 1-2UP | 10/26/22 | 630 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7300-00 Fines, Penalties - § 726(a)(4)><br>Amended 12/1/22 | $ 472.33 | $ 472.33 | $ 0.00 | $ 472.33 | $ 0.00 |

# Exhibit C
## Claims Distribution Register

### Case: 22-50907 VINH NGUYEN

| Claim# | Date | Pri | Claimant / UTC | / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|---|
| 7UP | 12/21/22 | 630 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | <7300-00 Fines, Penalties - § 726(a)(4)> | $ 11.76 | $ 11.76 | $ 0.00 | $ 11.76 | $ 0.00 |
| | | | Total for Priority 630: 0% Paid | | $ 484.09 | $ 484.09 | $ 0.00 | $ 484.09 | $ 0.00 |
| | | | | Total for Unsecured Claims: | $ 2,526,820.33 | $ 2,485,073.99 | $ 0.00 | $ 2,485,073.99 | $ 215,343.73 |
| | | | | Total for Case: | $ 2,644,060.65 | $ 3,112,314.31 | $ 548,306.15 | $ 2,564,008.16 | $ 294,277.90 |

# TRUSTEE'S PROPOSED AMENDED DISTRIBUTION

Exhibit D

Case No.: 22-50907
Case Name: VINH NGUYEN
Trustee Name: Fred Hjelmeset

**Balance on hand:** $ 294,277.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Paul Nguyen | 0.00 | 510,000.00 | 510,000.00 | 0.00 |
| 4 | Paul Nguyen | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 294,277.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Fred Hjelmeset | 45,827.70 | 0.00 | 45,827.70 |
| Trustee, Expenses - Fred Hjelmeset | 85.36 | 0.00 | 85.36 |
| Attorney for Trustee Fees (Other Firm) - Rincon Law LLP | 38,218.00 | 38,218.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Rincon Law LLP | 714.00 | 0.00 | 714.00 |
| Attorney for Trustee Expenses (Other Firm) - Rincon Law LLP | 88.15 | 88.15 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Rincon Law LLP | 20.72 | 0.00 | 20.72 |
| Accountant for Trustee Fees (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 4,653.00 | 0.00 | 4,653.00 |
| Other Professional's Expenses - Kokjer Pierotti Maiocco & Duck LLP | 84.25 | 0.00 | 84.25 |

Total to be paid for chapter 7 administrative expenses: $ 51,385.03
Remaining balance: $ 242,892.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional's Fees - Farsad Law Office, P.C. | 24,570.00 | 0.00 | 24,570.00 |
| Other Prior Chapter Professional's Expenses - Farsad Law Office, P.C. | 450.00 | 0.00 | 450.00 |

**UST Form 101-7-TFR(5/1/2011)**

|   | Total to be paid for prior chapter administrative expenses: | $ | 25,020.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 217,872.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,529.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2P | Internal Revenue Service | 2,380.05 | 0.00 | 2,380.05 |
| 7P | FRANCHISE TAX BOARD | 149.09 | 0.00 | 149.09 |

|   | Total to be paid for priority claims: | $ | 2,529.14 |
|---|---|---|---|
|   | Remaining balance: | $ | 215,343.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,484,589.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2-2 | JPMorgan Chase Bank, N.A. | 8,185.84 | 0.00 | 709.48 |
| 5-2 | First Century Plaza, LLC | 2,015,682.10 | 0.00 | 174,702.68 |
| 6 | Citibank, N.A. | 342.52 | 0.00 | 29.69 |
| 8 | Empire Investments, LLC | 300,000.00 | 0.00 | 26,001.52 |
| 9 | Julie Cliff | 160,379.44 | 0.00 | 13,900.36 |
| 10 | Peter Pau, Individually and dba Sand Hill | 0.00 | 0.00 | 0.00 |

|   | Total to be paid for timely general unsecured claims: | $ | 215,343.73 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|   |   | None |   |   |

|   | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $484.09 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2UP | Internal Revenue Service | 472.33 | 0.00 | 0.00 |
| 7UP | FRANCHISE TAX BOARD | 11.76 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**