**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re: NGUYEN, VINH § Case No. 22-50907
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Fred Hjelmeset, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $55,651.00 | Assets Exempt: | $58,600.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $732,896.87 | Claims Discharged Without Payment: | $2,319,706.26 |
| Total Expenses of Administration: | $118,657.13 | | |

3) Total gross receipts of $851,554.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $851,554.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

Case: 22-50907 Doc# 229 Filed: 12/11/23 Entered: 12/11/23 10:08:17 Page 1 of 12

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,000.00 | $515,000.00 | $515,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $93,661.13 | $93,637.13 | $93,637.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $25,020.00 | $25,020.00 | $25,020.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $4,059.00 | $2,529.14 | $2,529.14 | $2,529.14 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,334,728.00 | $2,526,820.33 | $2,485,073.99 | $215,367.73 |
| **TOTAL DISBURSEMENTS** | $2,338,787.00 | $2,653,030.60 | $3,121,260.26 | $851,554.00 |

4) This case was originally filed under chapter 13 on 10/04/2022, and it was converted to chapter 7 on 12/09/2022. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2023         By: /s/ Fred Hjelmeset
                                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 12329 Kosich Place, Saratoga, CA | 1110-000 | $810,000.00 |
| Vinh Nguyen v. Peter Pau, et al. Unlimited civil suit Case No. 16CV302578 (on appeal) | 1149-000 | $25,000.00 |
| Nondisclosed account receivable | 1221-000 | $16,490.00 |
| Comerica Bank Business checking account no. xxx5469 | 1229-000 | $64.00 |
| **TOTAL GROSS RECEIPTS** | | **$851,554.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael Rooney Law Office, P.C. | 4210-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| 3 | Paul Nguyen | 4110-000 | NA | $0.00 | $510,000.00 | $510,000.00 |
| 4 | Paul Nguyen | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$5,000.00** | **$515,000.00** | **$515,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Fred Hjelmeset | 2100-000 | NA | $45,827.70 | $45,827.70 | $45,827.70 |
| Trustee, Expenses - Fred Hjelmeset | 2200-000 | NA | $85.36 | $85.36 | $85.36 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $3,969.95 | $3,969.95 | $3,969.95 |
| Attorney for Trustee Fees (Other Firm) - Rincon Law LLP | 3210-000 | NA | $38,932.00 | $38,908.00 | $38,908.00 |
| Attorney for Trustee Expenses (Other Firm) - Rincon Law LLP | 3220-000 | NA | $108.87 | $108.87 | $108.87 |
| Accountant for Trustee Fees (Other Firm) - Kokjer Pierotti Maiocco & Duck LLP | 3410-000 | NA | $4,653.00 | $4,653.00 | $4,653.00 |
| Other Professional's Expenses - Kokjer Pierotti Maiocco & Duck LLP | 3992-000 | NA | $84.25 | $84.25 | $84.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $93,661.13 | $93,637.13 | $93,637.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Professional's Fees - Farsad Law Office, P.C. | 6700-000 | NA | $24,570.00 | $24,570.00 | $24,570.00 |
| Other Prior Chapter Professional's Expenses - Farsad Law Office, P.C. | 6710-000 | NA | $450.00 | $450.00 | $450.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $25,020.00 | $25,020.00 | $25,020.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2P | Internal Revenue Service | 5800-000 | $4,059.00 | $2,380.05 | $2,380.05 | $2,380.05 |
| 7P | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $149.09 | $149.09 | $149.09 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$4,059.00** | **$2,529.14** | **$2,529.14** | **$2,529.14** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2UP | Internal Revenue Service | 7300-000 | $2,381.00 | $472.33 | $472.33 | $0.00 |
| 2-2 | JPMorgan Chase Bank, N.A. | 7100-000 | $8,000.00 | $8,185.84 | $8,185.84 | $709.56 |
| 5-2 | First Century Plaza, LLC | 7100-000 | $1,813,468.00 | $2,015,682.10 | $2,015,682.10 | $174,722.15 |
| 6 | Citibank, N.A. | 7100-000 | $500.00 | $342.52 | $342.52 | $29.69 |
| 7UP | FRANCHISE TAX BOARD | 7300-000 | NA | $11.76 | $11.76 | $0.00 |
| 8 | Empire Investments, LLC | 7100-000 | $300,000.00 | $300,000.00 | $300,000.00 | $26,004.42 |
| 9 | Julie Cliff | 7100-000 | $160,379.00 | $160,379.44 | $160,379.44 | $13,901.91 |
| 10 | Peter Pau, Individually and dba Sand Hill | 7100-000 | NA | $41,746.34 | $0.00 | $0.00 |
| N/F | CEFCU | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Josef Szigeti | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Parker Foreclosure Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ronald Henry Freshman, Esq. | 7100-000 | $50,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,334,728.00** | **$2,526,820.33** | **$2,485,073.99** | **$215,367.73** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 22-50907
Case Name: NGUYEN, VINH

For Period Ending: 12/06/2023

Trustee Name: (001090) Fred Hjelmeset
Date Filed (f) or Converted (c): 12/09/2022 (c)
§ 341(a) Meeting Date: 01/12/2023
Claims Bar Date: 03/19/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12329 Kosich Place, Saratoga, CA<br>10% ownership in real property; Global settlement reached between the estate, the Debtor, the lienholder Paul Nguyen, and the 90% owner Empire Investments, LLC; Pursuant to the settlement agreement the exemption, originally claimed in the amount of $33,461, was waived; Order authorizing the settlement agreement, Doc#166; Report of Transaction, Doc#174 | 300,000.00 | 300,000.00 | | 810,000.00 | FA |
| 2 | 1998 Mercedes E20 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 cell phones, laptop | 2,200.00 | 0.00 | | 0.00 | FA |
| 5 | Used clothing | 900.00 | 0.00 | | 0.00 | FA |
| 6 | wedding ring | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Wells Fargo Checking account no.xxx006 | 637.00 | 0.00 | | 0.00 | FA |
| 9 | Wells Fargo Client Trust Account IOLTA<br>Originally scheduled at $500; Not listed in Second Amended Schedules A/B; Doc#172 and subsequent amended schedules | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Comerica Bank Business checking account no. xxx5469 (u)<br>First disclosed in First Amended Sch. A/B, Doc#80; First claimed exempt in Third Amended Schedule C; Doc#185; Also listed as Asset No. 21 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Newton Law Group Nominal value for goodwill | 1.00 | 0.00 | | 0.00 | FA |
| 12 | Self-employed-property management Nominal value for goodwill | 1.00 | 0.00 | | 0.00 | FA |
| 13 | BRE and California Bar License Non-fungible | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Prudential Whole life insurance<br>New value in Second Amended Schedules A/B; Doc#172; originally listed at $40,000; new exemption amount in Third Amended Schedule C; Doc#185 | 43,962.00 | 0.00 | | 0.00 | FA |
| 15 | Vinh Nguyen v. Peter Pau, et al. Unlimited civil suit Case No. 16CV302578 (on appeal)<br>First Amended Sch. A/B, Doc#80; originally mischaracterized as "Paul Nguyen and Chase Merritt Unlimited civil suit"; Order authorizing agreement re litigation claims and appeal, Doc#202; Report of Sale, Doc#210 | 0.00 | 5,000.00 | | 25,000.00 | FA |
| 16 | Nondisclosed account receivable (u)<br>Ordered disclosed in Order granting section 521 application re turnover, Doc#178; First listed in Third Amended Schedules A/B; Doc#185, as "Law office business income"; non-exempt amount turned over in full | 19,000.00 | 16,490.00 | | 16,490.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

Case No.: 22-50907  
Case Name: NGUYEN, VINH  
For Period Ending: 12/06/2023

Trustee Name: (001090) Fred Hjelmeset  
Date Filed (f) or Converted (c): 12/09/2022 (c)  
§ 341(a) Meeting Date: 01/12/2023  
Claims Bar Date: 03/19/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Collateral account for credit card; CEF Credit Union (u)<br>First disclosed in Second Amended Schedules A/B; Doc#172; Exemption increased in Third Amended Schedule C; Doc#185 | 1,500.00 | 0.00 | | 0.00 | FA |
| 18 | Spouse's former business First Financial Lender Services (u)<br>First disclosed in Second Amended Schedules A/B; Doc#172 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Empire Investments et al. v. Paul Kim Phong Nguyen et al.; Case No. 21CV379828 (u)<br>First disclosed in Second Amended Schedules A/B; Doc#172 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Teri Nguyen & Vinh Nguyen v. Paul Kim Phong Nguyen et al.; Case No. 22CV398824 (u)<br>First disclosed in Second Amended Schedules A/B; Doc#172 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Comerica Bank Business checking account no. xxx5469 (u)<br>Also listed as Deposit of Money as Asset No. 10; Listed a second time, as account receivable, in Second Amended Schedules A/B; Doc#172; Debtor testified at MOC on 3/24/23 that Asset No. 10 is the bank account, and that this asset (21) is a deposit for a credit card; First claimed exempt in Third Amended Schedule C; Doc#185 | 500.00 | 64.00 | | 64.00 | FA |
| 22 | Metropolitan Life Ins Co spouse's policy; cancelled (u)<br>First disclosed in Second Amended Schedules A/B; Doc#172 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets Totals (Excluding unknown values)** | **$375,151.00** | **$321,554.00** | | **$851,554.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/12/23 UST Statement re no abuse, Doc#206  
5/24/23 Order authorizing agreement re litigation claims and appeal, Doc#202  
5/15/23 Stipulation to extend deadline for UST to 6/13/23, Doc#199  
5/1/23 UST Statement of presumed abuse, Doc#197  
3/13/23 Order extending deadline for UST to file 707(b)(3) motion and to file 727 complaint to deny discharge, Doc#181  
3/9/23 Order approving motion to compel, Doc#178  
3/2/23 Hearing on motion to compel set for 3/9/23, Doc#177  
2/9/23 Hearing vacated, Order authorizing the settlement agreement, Doc#166  
2/6/23 Hearing on motion re settlement set for 2/16/23  
1/13/23 Order authorizing employment of accountant, Doc#150  
12/13/22 Order authorizing employment of counsel, Doc#126  
12/9/22 Investigate assets

Initial Projected Date Of Final Report (TFR): 03/20/2024  
Current Projected Date Of Final Report (TFR): 08/10/2023 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 22-50907 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | NGUYEN, VINH | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***3278 | Account #: | ******1326 Checking |
| For Period Ending: | 12/06/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/17/23 | {1} | Justin Nguyen | INCOMING WIRE FROM JUSTIN V NG UYEN 62921452 | 1110-000 | 150,000.00 | | 150,000.00 |
| 01/17/23 | {1} | Empire Investments | INCOMING WIRE FROM EMPIRE INVE STMENTS LLC 6292423 6 | 1110-000 | 60,000.00 | | 210,000.00 |
| 01/18/23 | {1} | Justin Nguyen | INCOMING WIRE FROM JUSTIN V NG UYEN 62960931 | 1110-000 | 600,000.00 | | 810,000.00 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 573.77 | 809,426.23 |
| 02/09/23 | 101 | Paul Nguyen | Payment pursuant to Court Order, Doc#166 | 4110-000 | | 510,000.00 | 299,426.23 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 802.11 | 298,624.12 |
| 03/20/23 | | Justin V Nguyen | INCOMING WIRE FROM JUSTIN V NGUYEN | | 4,121.75 | | 302,745.87 |
| | {16} | | Payment #1 on Asset #16 Nondisclosed account receivable $4,121.75 | 1221-000 | | | |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 496.99 | 302,248.88 |
| 04/25/23 | | Justin V. Nguyen | INCOMING WIRE FROM JUSTIN V NGUYEN 65319702 | | 4,121.75 | | 306,370.63 |
| | {16} | | Payment #2 on Asset #16 Nondisclosed account receivable $4,121.75 | 1221-000 | | | |
| 04/28/23 | {15} | Vallco Property Owner, LLC | INCOMING WIRE FROM VALLCO PROPERTY OWNER, LLC 654 17084 | 1149-000 | 25,000.00 | | 331,370.63 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 452.79 | 330,917.84 |
| 05/15/23 | {21} | Newton Law Group | Nonexempt equity in deposit | 1229-000 | 64.00 | | 330,981.84 |
| 05/18/23 | | Justin V Nguyen | INCOMING WIRE FROM JUSTIN V NGUYEN | | 4,121.75 | | 335,103.59 |
| | {16} | | Payment #3 on Asset #16 Nondisclosed account receivable $4,121.75 | 1221-000 | | | |
| 05/31/23 | 102 | Michael Ronney Law Office | Check voided because name was misspelled - Payment of lien pursuant to Court Order, Doc#202 Voided on 05/31/2023 | 4210-000 | | 5,000.00 | 330,103.59 |
| 05/31/23 | 102 | Michael Ronney Law Office | Check voided because name was misspelled - Payment of lien pursuant to Court Order, Doc#202 Voided: check issued on 05/31/2023 | 4210-000 | | -5,000.00 | 335,103.59 |
| 05/31/23 | 103 | Michael Rooney Law Office | Payment of lien pursuant to Court Order, Doc#202 Stopped on 06/28/2023 | 4210-000 | | 5,000.00 | 330,103.59 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 586.32 | 329,517.27 |
| 06/15/23 | | Justin Nguyen | Payment #4 on Asset #16 Nondisclosed account receivable | | 4,124.75 | | 333,642.02 |
| | {16} | | Payment #4 on Asset #16 Nondisclosed account receivable $4,124.75 | 1221-000 | | | |

Page Subtotals: $851,554.00 $517,911.98

Case: 22-50907 Doc# 229 Filed: 12/11/23 Entered: 12/11/23 10:08:17 Page 9 of 12

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

| Case No.: | 22-50907 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | NGUYEN, VINH | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***3278 | Account #: | ******1326 Checking |
| For Period Ending: | 12/06/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/28/23 | 103 | Michael Rooney Law Office | Payment of lien pursuant to Court Order, Doc#202 Stopped: check issued on 05/31/2023 | 4210-000 | | -5,000.00 | 338,642.02 |
| 06/28/23 | 104 | Michael Rooney Law Office, P.C. | Replacing check no. 103: Payment of lien pursuant to Court Order, Doc#202 | 4210-000 | | 5,000.00 | 333,642.02 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 539.22 | 333,102.80 |
| 07/28/23 | 105 | Rincon Law LLP | Compensation paid pursuant to Court Order, Doc#209 | 3210-000 | | 38,218.00 | 294,884.80 |
| 07/28/23 | 106 | Rincon Law LLP | Expense reimbursement paid pursuant to Court Order, Doc#209 | 3220-000 | | 88.15 | 294,796.65 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 518.75 | 294,277.90 |
| 10/26/23 | 107 | Fred Hjelmeset | Combined trustee compensation & expense dividend payments. | | | 45,913.06 | 248,364.84 |
| | | Fred Hjelmeset | Claims Distribution - Fri, 09-22-2023    $45,827.70 | 2100-000 | | | |
| | | Fred Hjelmeset | Claims Distribution - Fri, 09-22-2023    $85.36 | 2200-000 | | | |
| 10/26/23 | 108 | Kokjer Pierotti Maiocco & Duck LLP | Claim No. ; Filed Amt. $4,653.00; Dividend 100.00%; Total Paid $4,653.00 | 3410-000 | | 4,653.00 | 243,711.84 |
| 10/26/23 | 109 | Kokjer Pierotti Maiocco & Duck LLP | Claim No. ; Filed Amt. $84.25; Dividend 100.00%; Total Paid $84.25 | 3992-000 | | 84.25 | 243,627.59 |
| 10/26/23 | 110 | Rincon Law LLP | Claim No. ; Filed Amt. $20.72; Dividend 100.00%; Total Paid $20.72 | 3220-000 | | 20.72 | 243,606.87 |
| 10/26/23 | 111 | Rincon Law LLP | Claim No. ; Filed Amt. $714.00; Dividend 100.00%; Total Paid $714.00 Voided on 10/26/2023 | 3210-000 | | 714.00 | 242,892.87 |
| 10/26/23 | 111 | Rincon Law LLP | Claim No. ; Filed Amt. $714.00; Dividend 100.00%; Total Paid $714.00 Voided: check issued on 10/26/2023 | 3210-000 | | -714.00 | 243,606.87 |
| 10/26/23 | 112 | Farsad Law Office, P.C. | Claim No. ; Filed Amt. $24,570.00; Dividend 100.00%; Total Paid $24,570.00 | 6700-000 | | 24,570.00 | 219,036.87 |
| 10/26/23 | 113 | Farsad Law Office, P.C. | Claim No. ; Filed Amt. $450.00; Dividend 100.00%; Total Paid $450.00 | 6710-000 | | 450.00 | 218,586.87 |
| 10/26/23 | 114 | Internal Revenue Service | Claim No. 1-2P; Filed Amt. $2,380.05; Dividend 100.00%; Total Paid  $2,380.05 | 5800-000 | | 2,380.05 | 216,206.82 |
| 10/26/23 | 115 | FRANCHISE TAX BOARD | Claim No. 7P; Filed Amt. $149.09; Dividend 100.00%; Total Paid $149.09 | 5800-000 | | 149.09 | 216,057.73 |
| 10/26/23 | 116 | JPMorgan Chase Bank, N.A. | Claim No. 2-2; Filed Amt. $8,185.84; Dividend 8.67%; Total Paid  $709.48 | 7100-000 | | 709.48 | 215,348.25 |
| 10/26/23 | 117 | First Century Plaza, LLC | Claim No. 5-2; Filed Amt. $2,015,682.10; Dividend 8.67%; Total Paid  $174,702.68 | 7100-000 | | 174,702.68 | 40,645.57 |
| | | | Page Subtotals: | | $0.00 | $292,996.45 | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 22-50907 | **Trustee Name:** | Fred Hjelmeset (001090) |
| **Case Name:** NGUYEN, VINH | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***3278 | **Account #:** | ******1326 Checking |
| **For Period Ending:** 12/06/2023 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/26/23 | 118 | Citibank, N.A. | Claim No. 6; Filed Amt. $342.52; Dividend 8.67%; Total Paid $29.69 | 7100-000 | | 29.69 | 40,615.88 |
| 10/26/23 | 119 | Empire Investments, LLC | Claim No. 8; Filed Amt. $300,000.00; Dividend 8.67%; Total Paid $26,001.52 | 7100-000 | | 26,001.52 | 14,614.36 |
| 10/26/23 | 120 | Julie Cliff | Claim No. 9; Filed Amt. $160,379.44; Dividend 8.67%; Total Paid $13,900.36 | 7100-000 | | 13,900.36 | 714.00 |
| 10/26/23 | 121 | Rincon Law LLP | Replacing Check 111; Filed Amt. $714.00; Allowed Amt. $690.00; Dividend 100.00%; Total Paid $690.00 | 3210-000 | | 690.00 | 24.00 |
| 10/26/23 | 122 | JPMorgan Chase Bank, N.A. | Second Distribution; Claim No. 2-2; Filed Amt. $8,185.84; Dividend 0.00%; Total Paid $0.08 | 7100-000 | | 0.08 | 23.92 |
| 10/26/23 | 123 | First Century Plaza, LLC | Second Distribution; Claim No. 5-2; Filed Amt. $2,015,682.10; Dividend 0.00%; Total Paid $19.47 | 7100-000 | | 19.47 | 4.45 |
| 10/26/23 | 124 | Empire Investments, LLC | Second Distribution; Claim No. 8; Filed Amt. $300,000.00; Dividend 0.00%; Total Paid $2.90 | 7100-000 | | 2.90 | 1.55 |
| 10/26/23 | 125 | Julie Cliff | Second Distribution; Claim No. 9; Filed Amt. $160,379.44; Dividend 0.00%; Total Paid $1.55 | 7100-000 | | 1.55 | 0.00 |
| | | **COLUMN TOTALS** | | | 851,554.00 | 851,554.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 851,554.00 | 851,554.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $851,554.00 | $851,554.00 | |

Exhibit 9
Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-50907 | **Trustee Name:** | Fred Hjelmeset (001090) |
| **Case Name:** | NGUYEN, VINH | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***3278 | **Account #:** | ******1326 Checking |
| **For Period Ending:** | 12/06/2023 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $851,554.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $851,554.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1326 Checking | $851,554.00 | $851,554.00 | $0.00 |
| | **$851,554.00** | **$851,554.00** | **$0.00** |