ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

VINH NGUYEN,

          Debtor.

Case No.: 22-50907 MEH
Chapter 7

**NOTICE OF SUBSTITUTION OF ATTORNEY; CERTIFICATE OF SERVICE**

Judge: Hon. M. Elaine Hammond

TO THE HONORABLE JUDGE M. ELAINE HAMMOND: COMES NOW the Debtor herein, VINH NGUYEN and hereby substitutes in **VINH NGUYEN, Esq**. of the Newton Law Group, who is located at 1314 Lincoln Avenue, Suite 2E, San Jose, CA 95125 in place of **Arasto Farsad, Esq.** of the Farsad Law Office, P.C. located at 1625 The Alameda, Suite 525, San Jose, CA 95126 as counsel of record in this Chapter 7 case.

I accept this substitution:

Dated: December 11, 2023        NEWTON LAW GROUP
                                              */s/ Vinh Nguyen*
                                              Vinh Nguyen, Esq.
                                              (PROPOSED NEW COUNSEL)

I consent to this substitution:

Dated: December 11, 2023        FARSAD LAW OFFICE, P.C.
                                              */s/ Arasto Farsad*
                                              Arasto Farsad, Esq.
                                              (CURRENT COUNSEL)

1

I also consent to this substitution:

Dated: December 11, 2023          /s/ Vinh Nguyen
                                  Vinh Nguyen
                                  Debtor herein

2

# CERTIFICATE OF SERVICE
*\*\*No Mail Service Required\*\**