United States Bankruptcy Court
Northern District of California

In re:                                                          Case No. 22-50907-MEH

Vinh Nguyen                                        Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5                           User: admin                         Page 1 of 2
Date Rcvd: Dec 11, 2023                 Form ID: FIND                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vinh Nguyen, 15520 Quito Road, Monte Sereno, CA 95030-3127 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023                         Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arasto Farsad | on behalf of Debtor Vinh Nguyen farsadecf@gmail.com farsadecf@ecf.courtdrive.com |
| Fred Hjelmeset | fhtrustee@gmail.com CA90@ecfcbis.com |
| Gregg S. Kleiner | on behalf of Trustee Fred Hjelmeset gkleiner@rinconlawllp.com aworthing@rinconlawllp.com |
| Jared A. Day | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ jared.a.day@usdoj.gov |
| Julie Bettencourt Cliff | on behalf of Requestor Julie Bettencourt Cliff jbcliff@gmail.com |
| Nancy Weng | on behalf of Plaintiff Teri Ha Nguyen nancy@farsadlaw.com |

| | |
|---|---|
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Peter C. Califano | on behalf of Creditor First Century Plaza LLC pcalifano@nvlawllp.com |
| Phillip John Shine | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ phillip.shine@usdoj.gov |
| Richard L. Pierotti | Rpierotti@kpmd.com |
| Vince D. Nguyen | on behalf of Plaintiff Teri Ha Nguyen vincen@newtonlawgroup.com |

TOTAL: 11

Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Vinh Nguyen | Case No.: 22−50907 MEH 7 |
|---|---|---|
| | aka Vince Nguyen | Chapter: 7 |
| | Debtor(s) | |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Fred Hjelmeset is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 12/11/23

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge