Vinh Nguyen, SBN 171768, In Pro Per
1314 Lincoln Ave., Ste 2E
San Jose, CA 95125
Telephone: (408) 828-8078
Fax: (408) 624-1014
Email: vnsanjose99@gmail.com

Debtor In Pro Per

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re VINH NGUYEN,
       Debtor

Case No. 22-50907

Chapter 7

**NOTICE OF
MOTION FOR ORDER
WITHOUT A HEARING**

**[LBR 9013-1(p)]**

(No Hearing Required)

**Before: Hon. M. Elaine Hammond**

TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE CHAPTER 7 TRUSTEE, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:

- 1 -
NOTICE OF MOTION FOR ORDER WITHOUT A HEARING

1. Movant Vinh Nguyen In Pro Per, filed a motion entitled Motion to Reopen Case to Allow Debtor File a Motion to Enforce Settlement Agreement.

2. Movant requests that the Court grant the Motion without a hearing as provided in LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the Motion to be served on additional parties as specified in LBR 9013-3.

3. The motion is based on the legal and factual grounds set forth in the motion. The full motion is attached to this notice.

Executed on December 21, 2023, at San Jose, California

                                                           Respectfully submitted,

                                                           /s/ *Vinh Nguyen*
                                                           Vinh Nguyen, Debtor In Pro Per