Vinh Nguyen, In Pro Per
1314 Lincoln Ave., Ste 2E
San Jose, CA 95125
Telephone: (408) 828-8078
Fax: (408) 624-1014
Email: vnsanjose99@gmail.com

Debtor In Pro Per

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re VINH NGUYEN,<br>        Debtor | **Case No. 22-50907**<br><br>**Chapter 7**<br><br>**CERTIFICATE OF SERVICE**<br><br><br>**Before: Hon. M. Elaine Hammond** |

I am a NOT party to the within action; my business address is 1314 Lincoln Ave., Suite 2E, San Jose CA 95125. On the date shown below, I served the interested parties with the document(s) described as follows:

1. **Notice of Motion for Order Without a Hearing**
2. **Ex-Parte Motion to Reopen Case to Allow Debtor to File a Motion to Enforce Settlement Agreement**
3. **Declaration of Vinh Nguyen in support of Motion**
4. **Exhibits Cover is support of Motion**

---

- 1 -
CERTIFICATE OF SERVICE

- BY USPS FIRST CLASS MAIL: By placing true copies thereof enclosed in a sealed envelope with prepaid postage addressed to the persons listed below. The envelope was deposited with the United States Post Office at San Jose, California

> Paul Nguyen
> 9353 Bolsa Ave. #F8
> Westminster CA 92683
>
> Hermond L. Blossomgame
> 65 N. Dos Caminos Ave.
> Ventura, CA 93003
>
> Josef Szigeti
> 12 Corporate Plaza Dr., #250
> Newport Beach, CA 92660

- BY NOTICE OF ELECTRONIC FILING: Also the above-described document(s) was served by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: All CM/ECF registered participants.

Under penalty of perjury of the laws of the United States, I declare that the above statements are true and correct.

Executed on December 22, 2023 at San Jose, California.

Sean Nguyen

/s/*Sean Nguyen*
Sean Nguyen