

1  Vinh D. Nguyen, SBN 171768, In Pro Per
1314 Lincoln Ave., Ste 2E
2  San Jose, CA 95125
Telephone: (408) 828-8078
3  Fax: (408) 624-1014
Email: vnsanjose99@gmail.com

4  Debtor In Pro Per

**The following constitutes the order of the Court.**
**Signed: December 26, 2023**

_M. Elaine Hammond_

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In Re VINH NGUYEN,
                    Debtor

Case No. 22-50907

Chapter 7

**ORDER  REOPENING CASE**

**Judge:     Hon. M. Elaine Hammond**

The Court has before it an Ex-Parte Motion to Reopen Case to Allow Debtor to File a

Motion to Enforce Settlement Agreement ("Ex Parte Motion") [Dkt. #235].  The Debtor seeks to

reopen his Chapter 7 case to file a Motion to Enforce Settlement Agreement.

1

The Court has reviewed the Ex Parte Motion, and all related declarations and exhibits.

2 For cause shown,

3

IT IS ORDERED that the Ex Parte Motion is granted and this case is reopened.

4

The debtor shall file moving papers by January 25, 2024 or this case shall be reclosed

5 without further notice or hearing.

6

7

**END OF ORDER**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                <u>COURT SERVICE LIST</u>

2

3   ECF Participants

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28