Vinh Nguyen, In Pro Per
1314 Lincoln Ave., Ste 2E
San Jose, CA 95125
Telephone: (408) 828-8078
Fax: (408) 624-1014
Email: vnsanjose99@gmail.com

Debtor In Pro Per

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re VINH NGUYEN,
    Debtor

Case No. 22-50907

Chapter 7

**NOTICE OF HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT**

<u>Hearing</u>:
Date:    February 1, 2024
Time:    10:00 a.m.
Place:    U.S. Courthouse,
          280 South 1st Street,
          Courtroom 11,
          San Jose CA 95113

** Hearing to be conducted in person in the Courtroom but Counsels /interested parties may appear by Zoom and instructions on doing so are provided in the court website.

**Before: Hon. M. Elaine Hammond**

TO THE HONORABLE JUDGE M. ELAINE HAMMOND, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE CHAPTER 7 TRUSTEE, ALL PARTIES IN INTEREST, AND THEIR

---
- 1 -
NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT

**RESPECTIVE COUNSEL(S) OF RECORD:**

PLEASE TAKE NOTICE THAT DEBTOR IN PRO PER VINH NGUYEN HAS FILED A MOTION TO ENFORCE SETTLEMENT AGREEMENT.

**PLEASE BE ADVISED THAT** there will be a hearing on this matter scheduled for February 1, 2024, at 10:00 a.m. at which you can appear either in person or by Tele-Video Conference.

**PLEASE BE ADVISED THAT**: (1) counsels, parties, and other interested parties may attend the hearing in person or by Zoom; (2) additional information is available on Judge Hammond's Procedures page on the court's website, and (3) information on attending the hearing by Zoom will be provided on Judge Hammond's calendar (https://www.canb.uscourts.gov/judge/hammond/calendar), posted no later than seven (7) days prior to the hearing date.

Unless a party in interest desires to contest this Motion, no appearance is required. If you do wish to contest this motion, you must file written opposition with this Court at least seven (7) days prior to the hearing date and you must appear at the Court on the day of the hearing pursuant to LBR 9014; otherwise, the Court may enter an order granting the Motion without further consideration.

Executed on December 31, 2023, at San Jose, California.

                                               Respectfully submitted,

                                               /s/ *Vinh Nguyen*
                                               Vinh Nguyen, Debtor In Pro Per