Vinh Nguyen, SBN 171768, In Pro Per
1314 Lincoln Ave., Ste 2E
San Jose, CA 95125
Telephone: (408) 828-8078
Email: vnsanjose99@gmail.com

Debtor In Pro Per

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re VINH NGUYEN,
    Debtor

Case No. 22-50907

Chapter 7

**BANKRUPTCY LOCAL RULE 9014-1 CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 240**

<u>Hearing</u>:
Date:    February 1, 2024
Time:    10:00 a.m.
Place:    U.S. Courthouse,
          280 South 1st Street, Courtroom 11,
          San Jose CA 95113

**Before: Hon. M. Elaine Hammond**

On 12/31/2023, Debtor filed Motion to Enforce Settlement Agreement (Dkt # 240), and hearing date is scheduled for 02/01/2024 (Dkt # 241).

As of this date, the undersigned has not received an answer, objection, or other responsive pleading to the said Motion to Enforce Settlement Agreement; also has reviewed the Court's records and no answer, objection, or other responsive pleading to the said motion appears.

---

- 1 -
BANKRUPTCY LOCAL RULE 9014-1 CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 240

Pursuant to the Notice of the Motion to Enforce Settlement Agreement filed on the same day (Dkt # 241), objection to the motion were to be filed and served no later than seven days prior to the hearing date (last day being 01/25/2024), and no informal extension of time to object has been provided.

It is hereby respectfully requested that the Order uploaded concurrently herewith entered by the Court.

DATED: January 26, 2024                       */s /Vinh Nguyen*
                                                                            Debtor in Pro Per